

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

John J. Pease
Direct Dial: (215) 861-8340
Facsimile: (215) 861-8233
E-mail Address: john.pease@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

October 1, 2007

**VIA MESSENGER**

The Honorable William H. Yohn, Jr.
United States District Judge
14613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1753

      Re:   United States v. Vincent J. Fumo, et al.
              Criminal No. 06-00319

Dear Judge Yohn:

      Pursuant to the Court's scheduling order dated June 5, 2007, the government is required by October 1, 2007, to file a draft trial exhibit list. We are writing to respectfully request a 30-day continuance until November 1, 2007, to file a draft trial exhibit list.

      The government has spent a considerable amount of time on this endeavor in the months since the pretrial schedule was established. We have prepared a 105-page preliminary list of more than 1,200 potential trial exhibits. However, with additional time, we will be able to prepare a draft list which is more accurate, more comprehensive, and easier to read and understand. Moreover, because of the enormous volume of documents reflected on the list, we have not yet completed the process of scanning all of the trial exhibits into electronic format. If we are granted this continuance until November 1, 2007, we will be able to provide not only our preliminary trial exhibit list, but also may be in a position to provide the Court and the defendants with a DVD that contains all of the exhibits that are referenced on the list.

      Given the fact that the lead defendant is presently not represented by counsel, and that in other cases the government is not required to file a trial exhibit list

The Honorable William H. Yohn, Jr.
October 1, 2007
Page 2

five months prior to the start of trial,[1] the government believes that no parties would be prejudiced by the proposed continuance. Rather, all parties would benefit by the government's pretrial submission of a more accurate list.

    For all of these reasons, we respectfully request that this request for a continuance until November 1, 2007, to prepare and file the government's draft trial exhibit list be granted.

Respectfully yours,

PATRICK L. MEEHAN
United States Attorney

JOHN J. PEASE
Assistant United States Attorney

ROBERT A. ZAUZMER
Assistant United States Attorney

cc: All Defense Counsel

---

[1] The early deadline of October 1 for preparation of a draft trial exhibit list was primarily a response to the efforts of Philadelphia Newspapers, Inc. to oppose the entry of a protective order in this case. Because the exhibits that the government identifies on its trial exhibit list will no longer be subject to the protective order, it is extremely important to the government that the trial exhibit list, even though a draft, be as accurate as possible.