

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Robert A. Zauzmer*
*Direct Dial: (215) 861-8568*
*Facsimile: (215) 861-8497*
*E-mail Address: bob.zauzmer@usdoj.gov*

*615 Chestnut Street*

*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 4, 2008

The Honorable William H. Yohn, Jr.
United States District Judge
14613 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1753

Re:    United States v. Vincent J. Fumo, et al.
       Criminal No. 06-00319

Dear Judge Yohn:

Pursuant to the Court's order dated November 6, 2007, we enclose for the Court's convenience a courtesy copy of the Government's Trial Exhibit List.  The pleading has been filed electronically with the Clerk of Court, and a copy has been served on counsel for the defendants.

A copy of all of the exhibits identified on the list is being provided to defense counsel.

Respectfully yours,

LAURIE MAGID
Acting United States Attorney


/s Robert A. Zauzmer
JOHN J. PEASE
ROBERT A. ZAUZMER
Assistant United States Attorneys

cc:    See Certificate of Service

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
    :
       v.    :    **CRIMINAL NO. 06-319**
    :
VINCENT J. FUMO    :
RUTH ARNAO    :
LEONARD P. LUCHKO    :
MARK C. EISTER           :

## GOVERNMENT'S TRIAL EXHIBIT LIST

### Table of Contents

FRAUD ON THE SENATE -- COUNTS 1 TO 64................................ 1

    Use of Senate Employees as Campaign Aides............................ 1

    Senate Pay Records..................................................... 7

    Frank Wallace ("Senate Contractor No. 1")............................. 12

    Howard Cain and Philip Press ("Senate Contractor Nos. 2 and 3")........... 15

    Christian Marrone ("Person No. 19").................................. 19

    Lisa Costello ("Person No. 21")...................................... 28

    Fumo's Farm......................................................... 29

    Mitchell Rubin ("Senate Contractor No. 5"). .......................... 36

    Lillian Cozzo ("Person No. 22")...................................... 36

    Rosanne Pauciello ("Person No. 16").................................. 42

Maryann Quartullo ("Person No. 8"). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Drivers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Computer Aides. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

Harrisburg Employees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

Diversion of Senate Equipment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Other Exhibits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

FRAUD ON CITIZENS ALLIANCE FOR BETTER NEIGHBORHOODS --
COUNTS 65-98. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

Citizens Alliance -- General. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

Purchases of Consumer Goods. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

Vehicles for Personal Use and Use of Senate District Office. . . . . . . . . . . . . 72

Tasker Street Office Improvements and Cell Phones for
Senate Office and Staff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

Personal Use of Citizens Alliance's Employees. . . . . . . . . . . . . . . . . . . . . . . 76

Bulldozer and Other Farm Equipment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

Political Polling.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

Jubelirer Lawsuit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

Ventnor Dunes Project. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

Cuba Trips.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

Bristol Township War Dog Memorial. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

Other Expenditures by Citizens Alliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

Other Exhibits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

CONSPIRACY TO OBSTRUCT THE INTERNAL REVENUE SERVICE
AND FILING OF FALSE TAX RETURNS -- COUNTS 99-103. . . . . . . . . . . . . . . . . 88

FRAUD ON THE INDEPENDENCE SEAPORT MUSEUM --
COUNTS 104-108. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

    Yacht Trips. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

    Independence Seaport Museum -- Other Transactions. . . . . . . . . . . . . . . . . . . . 97

OBSTRUCTION OF JUSTICE -- COUNTS 109-141. . . . . . . . . . . . . . . . . . . . . . . . 99

    Obstruction of Investigation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

    Verizon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110

SUMMARY EXHIBITS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

FRAUD ON THE SENATE -- COUNTS 1 TO 64

<u>Fraud on the Senate -- Use of Senate Employees as Campaign Aides</u>

1      October 4, 2000 e-mail exchange between Luchko and Coyne entitled "Football
       Game."

2      February 21, 2001 e-mail exchange between Fumo and Christian Marrone entitled
       "Casey."

3      May 8-9, 2001 e-mail exchange between Fumo and Marrone entitled "NRA."

4      July 5, 2001 e-mail from Elizabeth Myers to Fumo and others (copy to Daniel
       Coyne) entitled "Campaign Email."

5      July 5-6, 2001 e-mail exchange among Fumo, Vanessa DeSalvo, Ken Snyder,
       Howard Cain, and Eric Weinberg entitled "NRA."

6      July 12, 2001 e-mail exchange between Vanessa DeSalvo and Fumo entitled
       "Please give this to Bob, Pat and Matt ASAP!!!" (transcript is exh. 6T).

7      July 16-17, 2001 e-mail exchange among Fumo, Marrone, Coyne, and Ken Snyder
       entitled "20/20 Story."

8      July 18, 2001 e-mail exchange between Fumo and Marrone entitled "A taxing
       situation for Street's blight fight."

9      July 22, 2001 e-mail exchange between Fumo and Marrone entitled "A mandate
       for change."

10     August 3, 2001 e-mail exchange between Fumo and Marrone entitled "Broadening
       N.J. options, Corzine gives PAC $700,000."

11     August 7, 2001 e-mail exchange between Fumo and Marrone entitled
       "Contributors to Casey and Rendell Campaigns."

12     August 9, 2001 untitled e-mail exchange between Fumo and Marrone.

13     August 25-26, 2001 e-mail exchange among Fumo, Coyne, Luchko, and Michael
       Podgorski entitled "Date MACROS."

14      August 29, 2001 e-mail exchange between Coyne and Luchko entitled "1 Install."

15      September 3, 2001 untitled e-mail from Coyne to Podgorski and Luchko, regarding meeting concerning Casey campaign.

16      September 10, 2001 e-mail from Coyne to DeSalvo and Luchko entitled "Here is your PGP Key."

17      September 28, 2001 e-mail from Coyne to Luchko entitled "Wiliams."

18      October 14, 2001 e-mail exchange between Coyne and Luchko entitled "Numbers."

19      November 6, 2001 e-mail exchange between Coyne and Luchko entitled "Cards."

20      November 8, 2001 e-mail exchange between Fumo and Marrone entitled "Grasso."

21      November 14, 2001 e-mail exchange between Fumo and Marrone entitled "Casey."

22      November 22, 2001 e-mail exchange among Fumo, Coyne, Luchko, and Wilson entitled "Cable Modem."

23      December 6, 2001 e-mail exchange between Carl Engelke and Fumo entitled "Peter Kostmayer."

24      December 18, 2001 e-mail exchange between Coyne and Luchko entitled "Virus Software."

25      January 4, 2002 e-mail exchange among Coyne, Mark Eister, Luchko, Wilson, and Tom Colosimo entitled "Outlook Problem."

26      February 14, 2002 memo from Ruth Arnao to Gina Novelli and Jamie Spagna, entitled "Duties."

27      February 20-21, 2002 untitled e-mail exchange between Coyne and Luchko, regarding Casey campaign responsibilities.

28      April 4, 2002 e-mail exchange between Luchko and Coyne entitled "HUB."

29    April 5, 2002 e-mail exchange among Coyne, DeSalvo, and Luchko entitled "CDW Shipment Confirmation."

30    May 15, 2002 e-mail from Luchko to Eister entitled "Fumo network down tonight for maintenance."

31    May 16, 2002 e-mail exchange among Fumo, Melissa Oldfield, DeSalvo, Cain, and others entitled "Phone Bank Recordings."

32    May 23, 2002 e-mail from Rosanne Pauciello to Fumo entitled "thank you," forwarding May 22-23, 2002 e-mail exchange related to Casey campaign.

33    June 18, 2002 e-mail from Coyne to Fumo, Dlugolecki, and other staff members, entitled "Tuesday June 18, 2002."

34    July 7, 2002 e-mail exchange among Fumo, Luchko, and Coyne (copy to Wilson and Arnao) entitled "Digital Photo."

34a    February 21-25, 2003 e-mail exchange between Jamie Spagna and John Hawkins (copy to Christian DiCicco, Phil Press, and "David.Fitz") entitled "Fundraiser Prep."

35    Federal Express invoice dated April 29, 2003, regarding April 22, 2003 shipment of parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to Bill Lincoln, Lincoln for County Commissioner, Connellsville, PA (Count 19).

36    May 16, 2003 e-mail exchange between Tony Lepore and Sue Swett entitled "Yo."

37    May 22, 2003 e-mail exchange between Fumo and John Estey entitled "Slots."

38    August 1-4, 2003 e-mail exchange between Luchko and Eister entitled "Small ASF files."

39    August 2, 2003 e-mail exchange between Luchko and Coyne entitled "Dazzle."

40    August 15, 2003 e-mail from Luchko to Maguire entitled "FYI DSL."

41    August 24-25, 2003 e-mail exchange between Leonard Luchko and Deborah Maguire, regarding "DSL Line."

42      December 4, 2003 letter from Vincent J. Fumo to Steve Genyk, Legg Mason, inviting him to third annual Philly Pops fundraising concert, for $2,500 per couple.

43      January 15, 2004 e-mail exchange among Luchko, Dan Coyne, and Donald Brovero entitled "Web Site."

43a     January 26, 2004 e-mail from Ken Snyder to Cain, Arnao, Frank DiCicco, Pauciello, Christian DiCicco, James Kenney, Fumo, Press, and Spagna entitled "We Have A Primary."

44      January 28, 2004 e-mail exchange among Fumo, Craig, Arnao, and Swett (copy to numerous Senate staff members and contractors) entitled "Politics PA.... Pennsylvania's on-line political community."

45      January 29, 2004 e-mail from Ken Snyder to Arnao, Pauciello, Christian DiCicco, Charlie Hoffman, and Phil Press (copy to Fumo and Cain) entitled "film and photo shoot."

46      February 1, 2004 e-mail from Pauciello to Wilson entitled "Campaign list."

47      February 10, 2004 e-mail from Jamie Spagna to Fumo staff, entitled "Pa leadership Pac."

48      Minutes of campaign meeting on February 18, 2004.

49      Minutes of campaign meeting on February 26, 2004.

50      March 1, 2004 e-mail from Wilson to Fumo entitled "Vehicle PA systems."

51      Minutes of campaign meeting on March 19, 2004.

52      Minutes of campaign meeting on April 1, 2004.

53      April 2, 2004 e-mail exchange among Jamie Spagna, Chris Craig, Fumo, Phil Press, Dan Coyne, and Mark Eister (copy to numerous Senate employees and contractors) entitled "Meeting notes."

53a     Continuation of April 2, 2004 e-mail exchange (exhibit 53).

54      April 12, 2004 e-mail exchange among Fumo, Deborah Maguire, Phil Press, Dan
        Coyne, Mark Eister, Charlie Hoffman, Gary Tuma, Howard Cain, Ken Snyder,
        Paul Dlugolecki, Rosanne Pauciello, Ruth Arnao, Don Wilson, and Leonard
        Luchko entitled "Tayoun's website."

55      April 12-13, 2004 e-mail exchange among Luchko, Eister, and Coyne entitled
        "Confidential."

55a     April 13, 2004 e-mail exchange between Phil Press and Daniel Coyne entitled
        "Bocce pictures 4/6/04."

56      April 20, 2004 Federal Express invoice regarding April 12, 2004 shipment of
        parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street,
        Philadelphia, Pennsylvania, to JEF Associates, 893 Dewey St., West Springfield,
        MA 01089 (Count 27).

57      Minutes of campaign meeting on April 15, 2004.

58      April 27, 2004 Federal Express invoice regarding April 19, 2004 shipment of
        parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street,
        Philadelphia, Pennsylvania, to D4 Creative Group, 161 Reverington Ave., Ste.
        1001, Philadelphia, PA 19127 (Count 28).

59      April 20, 2004 e-mail exchange between Fumo and Maguire entitled "Update on
        contributions . . . ."

60      April 20-21, 2004 e-mail exchange among Maguire, Jamie Spagna, Coyne, and
        Press entitled "Fund Raising Contract - Fumo for Senate."

61      April 27, 2004 Federal Express invoice regarding April 20, 2004 shipment from
        Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia,
        Pennsylvania, to Lester Telemarketing, 19 Business Park Drive, Branford, CT
        06405 (Count 29).

62      July 1, 2004 e-mail exchange between Luchko and Arnao entitled "Jamie."

63      September 17, 2004 letter from Vincent J. Fumo to Tony Podesta inviting him to
        an "intimate reception" at Fumo's home, asking for $5,000 per person and $10,000
        per person for cocktail party and dinner.

64      October 1, 2004 e-mail from Lillian Cozzo to Fumo (copy to Ken Snyder, Phil Press, Bob Gross, and Rosanne Pauciello) entitled "Political Meeting;" and message from Pauciello to Maryann Quartullo forwarding message.

65      October 26, 2004 untitled e-mail exchange between Deborah Maguire and Fumo, regarding campaign work.

66      October 26, 2004 e-mail exchange between Maguire and Sue Swett entitled "Monday and Tuesday."

67      October 29, 2004 e-mail from Luchko to Arnao (copy to Jamie Spagna and Don Wilson) entitled "Card."

68      January 5-6, 2005 e-mail exchange among Fumo, Ken Snyder, Tony LePore, and Paul Dlugolecki entitled "Mann."

69      May 10, 2005 memorandum from Jamie Spagna to Fumo listing Truman dinner attendees who did not pay.

70      May 20, 2005 e-mail from Luchko to Fumo entitled "Fed Ex."

71      October 7, 2005 e-mail exchange between Fumo and Spagna entitled "Info nopgp."

72      November 1, 2005 e-mail from Spagna to Fumo entitled "stuff."

73      December 15, 2005 e-mail exchange between Fumo and Spagna entitled "Balances."

74      Undated e-mail messages from Spagna to Fumo regarding various campaign fundraising matters, located on Fumo's PC card.

75      Summary of payments to Senate employees by political entities, 2000-2006.

75a     Documentation supporting summary presented in exhibit no. 75.

76      Account records for 2002 for account of Vincent J. Fumo, First Penn Bank, account no. xxxxx550 ("money market account").

76a     Summary of transactions in money market account of Vincent J. Fumo.

77    Account records for 2002 for account of Vincent J. Fumo, Esq., First Penn Bank, account no. xxxxx659.

77a   Summary of transactions in account of Vincent J. Fumo, Esq.

78    Account records for 2002 for account of Vincent J. Fumo, First Penn Bank, account no. xxxxx528 ("1731 account").

78a   Summary of transactions in 1731 account of Vincent J. Fumo.

79    Documents on PC card of Jamie Spagna.

80    Quicken records on PC card of Jamie Spagna:

    a.      Champion Investments.
    b.      Champion II.
    c.      DiCicco.
    d.      Fumo for Senate.
    e.      House Account.
    f.      Kenney for Council (KFC).
    g.      Law Office.
    h.      Law Office II.

81    Photograph of Jamie Spagna's office, taken on Feb. 18, 2005.

<u>Fraud on the Senate -- Senate Pay Records</u>

100   Summary of personnel records of Ruth Arnao, Lisa Costello, Lillian Cozzo, Lou Leonetti, Leonard Luchko, Christian Marrone, David Nelson, Gina Novelli, Rosanne Pauciello, Maryann Quartullo, Charles Sholders, Jamie Spagna, Susan Swett, and Donald Wilson.

101   Senate of Pennsylvania Job Classification & Pay Plan, effective April 26, 1994.

102   Senate of Pennsylvania Pay Management Plan, July 1, 2005.

103   Excerpts of Senate personnel file of Gina Novelli, nee Gina Cozzi.

104   Excerpts of Senate personnel file of Jamie Spagna.

105    Reserved.

106    Excerpts of Senate personnel file of Ruth Arnao.

107    Excerpts of Senate personnel file of Susan Skotnicki, nee Swett.

108    Senate of Pennsylvania Leave Policy, effective January 1, 1998, amended June 21, 2005.

109    UPS invoice dated March 16, 2002, regarding shipment on March 1, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, containing paycheck No. 38070 issued by Sovereign Bank for Gina Novelli and paycheck no. 38059 issued by Sovereign Bank for Lisa Costello (Count 7).

110    UPS invoice dated March 30, 2002, regarding shipment on March 15, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck No. 45819 issued by Sovereign Bank for Gina Novelli and paycheck no. 45808 issued by Sovereign Bank for Lisa Costello (Count 8).

111    UPS invoice dated April 6, 2002, regarding shipment on April 2, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 52914 issued by Sovereign Bank for Christian Marrone, paycheck no. 52906 issued by Sovereign Bank for Lisa Costello, paycheck no. 52916 issued by Sovereign Bank for Person David Nelson, and paystub for Lou Leonetti (Count 9).

112    UPS invoice dated April 20, 2002, regarding showing shipment on April 12, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 9681927 issued by M&T Bank for Christian Marrone, paycheck no. 9681920 issued by M&T Bank for Lisa Costello, paycheck no. 9681929 issued by M&T Bank for David Nelson, and paystub for Lou Leonetti (Count 10).

113    UPS invoice dated May 11, 2002, regarding shipment on May 10, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 72003 issued by Sovereign Bank for Christian Marrone and paystub for Ruth Arnao (Count 11).

114    UPS invoice dated May 25, 2002, regarding shipment on May 24, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 10564071 issued by Wachovia Bank for Christian Marrone and paystub for Ruth Arnao (Count 12).

115    UPS invoice dated July 13, 2002, regarding shipment on July 8, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 3293745 issued by Ameriserv Bank for Rosanne Pauciello (Count 13).

116    UPS invoice dated July 27, 2002, regarding shipment on July 22, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 10661566 issued by Wachovia Bank for Rosanne Pauciello (Count 14).

117    UPS invoice dated August 24, 2002, regarding shipment on August 16, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Ruth Arnao (Count 15).

118    UPS invoice dated January 11, 2003 regarding shipment on January 6, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 150223 issued by Sovereign Bank for Don Wilson (Count 16).

119    UPS invoice dated April 19, 2003, regarding April 11, 2003 shipment of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 4819254 issued by National City Bank for Jamie Spagna (Count 17).

120    UPS invoice dated May 3, 2003 regarding shipment on April 25, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 11233952 issued by Wachovia Bank for Jamie Spagna (Count 20).

121    UPS invoice dated August 9, 2003 regarding shipment on August 4, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no.

5035709 issued by National City Bank for David Nelson, and paystub for Leonard P. Luchko (Count 22).

122    UPS invoice dated August 16, 2003 regarding shipment on August 15, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 44794923 issued by Fulton Bank for Rosanne Pauciello, paycheck no. 44794921 issued by Fulton Bank for David Nelson, and paystubs for Lou Leonetti and Leonard P. Luchko (Count 23).

123    UPS invoice dated January 10, 2004, regarding shipment on January 5, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Maryann Quartullo and Lillian Cozzo (Count 24).

124    UPS invoice dated January 31, 2004, regarding shipment on January 29, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Don Wilson and Ruth Arnao (Count 25).

125    UPS invoice dated February 14, 2004, regarding shipment on February 13, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Don Wilson and Ruth Arnao (Count 26).

126    UPS invoice dated May 15, 2004, regarding shipment on May 11, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 5444908 issued by National City Bank for Jamie Spagna (Count 30).

127    UPS invoice dated May 29, 2004, regarding shipment on May 21, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 47231171 issued by Fulton Bank for Jamie Spagna (Count 31).

128    UPS invoice dated December 11, 2004, regarding shipment on December 6, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Maryann Quartullo and Leonard P. Luchko (Count 32).

129     UPS invoice dated December 18, 2004 regarding shipment on December 17, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Maryann Quartullo (Count 33).

130     Salary Distribution Information Sheet prepared by Senate Chief Clerk (reflecting payments listed in Exhibits 109-129 as well as wire transmissions described in Counts 35, 38, 40, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 59, 60 and 64).

131     March 5, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Employee Anniversary Notices."

132     March 5, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Job Group/Level for Employees."

133     April 2, 2004 untitled e-mail exchange between Luchko and Maguire regarding raises.

134     November 17 and 22, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Lenny and Don."

135     November 22, 2004 e-mail exchange between Maguire and Luchko entitled "Vacation Leave."

136     November 22, 2004 e-mail from Dlugolecki to Maguire entitled "salary increases."

137     December 2, 2004 e-mail from Eister to staff entitled "Sue Swett email address change."

138     December 3, 2004 untitled e-mail exchange between Dlugolecki and Maguire, regarding salary increases.

139     December 30, 2004 e-mail exchange between Fumo and Maguire entitled "Thank you!"

140     October 5, 2005 e-mail from Eister to Fumo entitled "Thank You."

141     Spreadsheet maintained on Fumo's PC card regarding salaries of district office staff, for the period from July 1, 2004, to June 30, 2005.

142    Spreadsheet maintained on Fumo's PC card regarding salaries of Harrisburg staff, for the period from July 1, 2004, to June 30, 2005.

143    Undated spreadsheet maintained on Fumo's PC card regarding salaries of Senate Democratic Computer Services (SDCS) staff.

Fraud on the Senate -- Frank Wallace ("Senate Contractor No. 1")

150    Senate contracts for Frank D. Wallace, 1999-2000 through 2005-2006.

151    Forms 1099 reflecting income paid by the Senate to Frank D. Wallace, 2001-2005.

152    Invoices for services of Frank D. Wallace, 2000-2006 (includes, at page 66, the June 1, 2002 invoice described in Count 2).

153    Summary of documents produced by the Office of Senator Fumo regarding Frank Wallace.

154    Legislative expense voucher, and June 14, 2002 check no. 04422715 in the amount of $5,200 mailed from Harrisburg, Pennsylvania to Frank Wallace at P.O. Box 371, Flourtown, PA (Count 3).

155    May 28, 2001 e-mail exchange from Fumo to Hoffman, Engelke, Hanlon, Cozzo, Chern, Costello, Powers, Carbone, D'Alonzo, Tuma, Wallace, Cain, Snyder, Cozzi, and Marrone entitled  "Accident @12th and Tasker!"

156    May 28, 2001 e-mail exchange from Fumo to Hoffman, Wallace, Cain, Snyder, Arnao, and Marrone entitled "Child dies in S. Phila crash that injures 13."

157    June 5-12, 2001 e-mail exchange among Fumo, Wallace, Marrone, and Sprague entitled "ACCIDENT."

158    June 28, 2001 - July 17, 2001 e-mail exchange between Fumo and Marrone entitled "Nova Care."

159    August 15, 2001 untitled e-mail exchange between Fumo and Marrone regarding construction of home by Mayor Rendell in Ocean City.

160     August 31, 2001 e-mail exchange between Wallace and Fumo entitled "ER House."

161     September 7, 2001 e-mail exchange among Fumo, Wallace, and Marrone entitled "ER House."

162     September 7-9, 2001 e-mail exchange among Fumo, Matt Casey, DeSalvo, and Jim Andrews entitled "FYI."

163     February 22, 2002 fax from Wallace to Steve Coolahan asking Coolahan to do surveillance at Doc's Union Pub.

164     Spreadsheet showing Federal Express shipments of merchandise to Fumo in Florida, including "John Doc's Fund Raiser Union Pub Tape" on February 26, 2002.

165     March 5, 2002 Federal Express invoice regarding shipment on February 26, 2002 of parcel from Senator Fumo's district office at 1208 Tasker Street, Philadelphia, PA to Fumo's home at 130 N. Beach Road, Hobe Sound, FL 33455, containing a video surveillance tape made by Frank Wallace/Steve Coolahan (Count 6).

166     March 13, 2002 fax from Wallace to Coolahan asking for assistance in surveillance on the fourth floor of City Hall.

167     April 21, 2002 fax from Wallace to Coolahan asking for assistance in investigation of construction of house in No. Wildwood, New Jersey.

168     April 25, 2002 fax from Steve Coolahan to Wallace containing records from the North Wildwood Construction Office (Count 93).

169     April 25, 2002 untitled e-mail exchange between Arnao and Jamie Spagna regarding $1,000 CA Holdings check to be picked up by Frank Wallace.

170     April 26, 2002 fax from Steve Coolahan to Wallace containing demolition permit.

171     Steve Coolahan's notes regarding surveillance of Casey campaign sign, May 2-3, 2002.

172     Check no. 105 dated May 2, 2002, from Wallace to Coolahan, for $900.

- 13 -

173     CA Holdings check no. 244, payable to Frank Wallace for $1,000.

174     CA Holdings check no. 254 dated May 10, 2002, payable to Frank Wallace for $2,250.

175     May 20, 2002 fax from Wallace to Coolahan requesting that he surveil polling places on election day (May 21, 2002), and Coolahan's notes

176     Envelope postmarked May 28, 2002 containing handwritten bill from Coolahan to Wallace with handwritten notation "Ck #109 $1863.40 05-25-02"

177     May 29, 2002 fax from Wallace to Coolahan requesting assistance in surveillance.

178     Steve Coolahan's records regarding investigations of Ron Grabowski and Stephen Davis in May-June 2002.

179     Envelope addressed from Wallace to Coolahan, postmarked September 14, 2002, with notation "Frank Wallace Ck #133 09-02-02 $500.00," and enclosed note.

180     October 10, 2002 e-mail exchange between Fumo and Wallace entitled "Operation Live Stop."

181     October 17, 2002 untitled e-mail from Wallace to Fumo, regarding surveillance of Dottie Egrie  (transcript of portions of exhibits 181 and 181a is exh. 181T).

181a     Portions of e-mails on October 16 and 17, 2002 regarding John Spera.

182     November 6, 2002 e-mail from Fumo to Sue Swett and Vincent Rossi entitled "Got him!!!"

183     November 14, 2002 e-mail exchange between Vincent Rossi and Fumo entitled "John Spera."

184     Envelope addressed from Wallace to Coolahan, postmarked November 19, 2002, with notation "CK #149 $500.00 11-18-02," and handwritten note from Wallace.

185     February 24, 2003 report of Wallace regarding interviews with Donna Aument and Mike Le Fevre concerning Rick Mariano.

186     March 17, 2003 fax from Coolahan to Wallace regarding balance owed.

187     Envelope addressed from Wallace to Coolahan, postmarked March 19, 2003, with notation "Ck #181 03-18-03 Frank Wallace $500.00," and handwritten note.

188     PA 2100 Committee check no. 1141 dated April 25, 2003 to Frank Wallace for $2,500.

189     Fumo for Senate check no. 6714 dated October 19, 2004 to Frank Wallace for $5,000.

190     Reserved.

191     April 20, 2005 [sic] and April 21-25, 2006 e-mails between Fumo and Frank Wallace entitled "BF," regarding Bruno Ferrara.

192     Reserved.

193     Reserved.

194     April 12, 2006 e-mail exchange between John Hawkins and Fumo regarding Bruno Ferrara.


Fraud on the Senate -- Howard Cain and Philip Press ("Senate Contractor Nos. 2 and 3")

200     Senate contracts for Howard Cain/Venture Analysis, June 1, 1999 to June 30, 2007.

201     Senate contracts and invoices for Phil Press.

202     Senate contracts for Ken Snyder.

202a    Fumo for Senate contracts for Ken Snyder dated February 1, 2000 and April 1, 2003.

202b    Citizens Alliance contracts for Ken Snyder dated April 1, 2003 and April 1, 2004.

203     May 25, 2004 untitled e-mail exchange between Sue Swett and Fumo regarding the renewal of Senate contracts for Howard Cain, Michael Palermo, and Mitchell Rubin (Count 62).

- 15 -

204    Summary of Payments to Howard Cain / Venture Analysis, Inc. by PACs Controlled by Vincent Fumo.

204a   Documentation supporting summary presented in exhibit no. 204.

205    Summary of Payments to Howard Cain / Venture Analysis, Inc. by PACs Not Controlled by Vincent Fumo.

205a   Documentation supporting summary presented in exhibit no. 205.

206    Summary of Payments to Howard Cain / Venture Analysis, Inc. by Kennedy Printing Company, January 1, 2000 through December 31, 2006.

206a   Documentation supporting summary presented in exhibit no. 206.

207    September 29, 2000 e-mail from Fumo to Charlie Hoffman and Carl Engelke (copy to Howard Cain and Rosanne Pauciello) entitled "Stack."

208    September 29, 2000 e-mail from Fumo to Hoffman, Engelke, and Paul Dlugolecki (copy to Howard Cain and Ken Snyder) entitled "Stack Issues."

209    October 3, 2000 e-mail exchange among Fumo, Snyder, Engelke, and Cain entitled "Stack Campaign."

209a   April 19, 2001 email between Howard Cain and Bryan@arthritis.org (copy to dmobley@bucksnetwork.com) entitled "RE: radio commercial."

210    September 6-7, 2001 e-mail exchange between Fumo and Cain entitled "Casey."

211    September 13-14, 2001 e-mail exchange between Fumo and Matt Casey entitled "Ken Snyder" (transcript is exh. 211T).

212    December 28, 2001 e-mail from Fumo to Jim Andrews, Matt Casey, and Eric Weinberg (copy to DeSalvo) entitled "Campaign."

213    April 8, 2002 e-mail from Cain to Fumo entitled "Casey Campaign - 6 weeks out."

214    April 30, 2002 e-mail from Cain to Fumo entitled "Revised Poll Numbers and Crosstabs."

- 16 -

215    April 30, 2002 e-mail exchange between Fumo and Charlie Hoffman entitled
       "Tony Ianerelli."

216    May 7, 2002 e-mail from Cain to Fumo entitled "Campaign Update May 7."

217    May 9, 2002 e-mail from Donna O'Donnell to Cain and Charlie Hoffman (copy to
       Fumo) entitled "Casey voter ID in NE update/Rendell switch/Helen Farrell."

218    May 12, 2002 e-mail exchange among Fumo, Christopher Craig, Jim Andrews,
       and Eric Weinberg (copy to Matt Casey, Howard Cain, and Vanessa DiSalvo)
       entitled "Gun Gays - Important" (transcript is exh. 218T).

219    July 31, 2002 e-mail exchange between Fumo and Carl Engelke (copy to Hoffman)
       entitled "Kostmayer campaign" (transcript is exh. 219T).

220    March 3, 2003 e-mail from Phil Press to Charlie Hoffman and Howard Cain
       entitled "No additional Greers in the 33rd Ward."

221    March 10, 2003 e-mail from John Hawkins to Wilson entitled "Help."

222    April 29, 2003 Federal Express invoice regarding shipment on April 21, 2003 of
       parcel sent by Phil Press from Senator Fumo's district office at 1208 Tasker Street,
       Philadelphia, Pennsylvania, to Bill Fuhry, The Strategy Group, 730 No. Franklin
       St., Ste. 601, Chicago, IL 60610 (Count 18).

223    May 1, 2003 e-mail exchange between Philip Press and John Hawkins entitled
       "Hugh allen."

224    May 1-2, 2003 e-mail exchange among Cain, Dlugolecki, and Philip Press entitled
       "Senate payroll" (Count 47).

225    May 3, 2003 e-mail exchange between John Estey and Fumo entitled "John
       Lawless" (transcript is exh. 225T).

226    May 13, 2003 Federal Express invoice regarding shipment dated May 2, 2003 of
       parcel sent by Phil Press from Senator Fumo's district office at 1208 Tasker Street,
       Philadelphia, Pennsylvania, to The Strategy Group, 730 No. Franklin St., Ste 601,
       Chicago, IL 60610 (Count 21).

227   May 15, 2003 Media Advisory concerning fundraising cocktail party for effort to reelect five incumbent Councilpersons-At-Large.

228   April 29-30, 2004 e-mail from Cain to Fumo (copy to staff members and other political associates), and reply by Snyder, entitled "Ward Results."

229   May 18, 2004 memorandum from Kathi Willoughby to Curtis Lee, and memoranda dated between August 31, 2004 and October 20, 2004 from Curtis Lee to Howard Cain, regarding calling cards for Fumo campaign.

230   Reserved.

231   June 28, 2004 e-mail from Rosemary Wuenschel to Cain entitled "Stack palm cards."

232   August 17, 2004 e-mail exchange between Luchko and Maguire entitled "Toughbooks."

233   August 23, 2004 e-mail from Chip Caldwell at Kennedy Printing to Cain entitled "Counts for 5th Senate District."

234   September 20, 2004 e-mail exchange among Cain, Chip Caldwell, and Kelly Yokote entitled "Count Request."

235   October 1, 2004 e-mail exchange between Fumo and Cain (copy to Jamie Spagna) entitled "Weand Campaign."

236   October 10, 2004 e-mail from Fumo to Bob Brady and Tony Podesta entitled "Tonight."

237   October 14, 2004 e-mail from Rosemary Wuenschel to Cain entitled "Stack interview with News Gleaner."

238   October 21, 2004 e-mail from Fumo to Cain entitled "Editorial │Fifth District."

239   October 22, 2004 e-mail exchange among Fumo, Cain, and John Estey entitled "Nader."

240   October 25-26, 2004 e-mail exchange between Ed Hanlon and Cain (copy to Luchko) entitled "Just because you're you."

241     October 28, 2004 e-mail exchange among Fumo, Cain, Tony Podesta, and Bob Brady entitled "2nd & Spring Garden Operation."

242     October 29, 2004 e-mail exchange among Ken Snyder, Fumo, Cain, Charlie Hoffman, and Jamie Spagna) entitled "Gerber."

243     Pennsylvania Department of State campaign finance report of Fumo for Senate showing $20,000 payment to Friends of Mike Gerber on October 29, 2004.

244     October 31, 2004 e-mail from Fumo to Alycia Lane entitled "We ARE Going to WIN :-)"

245     Kerry for President, Election Day Boiler Room / Philadelphia Operation.

246     November 3, 2004 e-mail from Cain to Fumo entitled "Post Election" (Count 63).

247     November 5, 2004 e-mail from Ken Snyder to Fumo, Chris Craig, Cain, and Tony Lepore, entitled "Pay Raise & Mann."

248     October 25, 2005 e-mail exchange among Fumo, Phil Press, Ken Snyder, Howard Cain, and fia1@aol.com entitled "Thought."

249     Invoices submitted to the Senate by Howard Cain.

250     Summary of documents produced by the Office of Senator Fumo regarding Howard Cain.

251     Reserved.

252     Screen shot of directory of laptop computer provided by Cain to the government on November 12, 2004, pursuant to a subpoena.


Fraud on the Senate -- Christian Marrone ("Person No. 19")

260     Excerpt of personnel file of Christian Marrone.

261     Summary of e-mail produced by Christian Marrone regarding 2220 Green Street.

262    October 5, 1998 e-mail exchange among Marrone, Vincent Fumo, and Jane Fumo, entitled "Sub-Basement Ceiling."

263    July 7-8, 1999 e-mail exchange between Fumo and Cozzo (copy to Nicole Fumo and Dottie Egrie) entitled "Thursday - Reply."

264    November 9, 1999 e-mail exchange between Fumo and Marrone entitled "Green St."

265    December 26, 1999 e-mail exchange between Fumo and Marrone entitled "Tom Colosimo."

266    December 28-30,1999 e-mail exchange between Fumo and Marrone entitled "Heat."

267    January 10, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

268    January 10-11, 2000 e-mail exchange between Fumo and Marrone entitled "Colosimo."

269    January 19, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

270    January 26-27, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

271    January 27, 2000 e-mail exchange between Fumo and Marrone entitled "Lighting at Green Street."

272    January 27, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

273    January 27-28, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street Heating."

274    February 17, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

275     February 26, 2000 e-mail exchange between Fumo and Marrone entitled "Verducci."

276     March 1, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

277     May 11-17, 2000 e-mail exchange between Fumo and Marrone re "Kohler;" the May 24, 2000 e-mail on this same subject has a blank subject line.

278     October 4, 2000 e-mail exchange among Fumo, Pauciello, and Marrone entitled "LEAKS!!!!!!!!!!!!!!!!"

279     October 5, 2000 e-mail exchange between Fumo and Marrone entitled "Digital TV."

280     October 18, 2000 e-mail exchange between Fumo and Marrone entitled "Back yard leak."

281     October 18, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street plumbing."

282     October 30-31, 2000 e-mail exchange between Fumo and Marrone entitled "Plumbing - Green Street."

283     October 26-27, 2000 e-mail exchanges among Fumo, Cozzo, and Marrone entitled "Green Street."

284     October 31, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street / Garden."

285     November 3, 2000 e-mail exchange between Fumo and Marrone entitled "Painting."

286     November 9, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

287     November 9, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

288     November 10, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

289     November 11, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

290     November 13, 2000 e-mail from Fumo to Marrone entitled "Green Street."

291     November 15, 2000 e-mail exchange between Peter Nero and Marrone entitled "Comcast to expand customer base by 41%."

292     November 17, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

293     November 18-20, 2000 e-mail exchange among Fumo, Lillian Cozzo, and Marrone entitled "Outside water."

294     November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

295     November 24, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

296     November 24, 2000 e-mail exchange between Fumo and Marrone entitled "Painting."

297     November 24, 2000 e-mail exchange from Fumo to Marrone and Cozzo entitled "Tom Colosimo."

298     November 28-29, 2000 e-mail exchange between Fumo and Marrone entitled "PJ."

299     November 26-29, 2000 e-mail exchange between Fumo and Marrone entitled "Security camera @ Green St."

300     November 29, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

301     December 1, 2000 e-mail exchange among Fumo, Pauciello, Marcus, Arnao, and Egrie entitled "Green Street."

302     December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

303     December 2, 2000 e-mail from Fumo to Marrone entitled "Green Street."

304     December 2, 2000 e-mail from Fumo to Marrone entitled "Green ST. garage."

305     December 2, 2000 e-mail from Fumo to Marrone entitled "Granite top."

306     December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Heat - Green Street."

307     December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Heat - Green Street."

308     December 3, 2000 e-mail from Fumo to Marrone entitled "Papas."

309     December 3, 2000 e-mail from Fumo to Marrone entitled "Green Street - lighting."

310     December 3, 2000 e-mail from Fumo to Marrone entitled "Roof deck."

311     December 3, 2000 e-mail from Fumo to Marrone entitled "Alarm."

312     December 3, 2000 e-mail from Fumo to Marrone entitled "Tom."

313     December 3, 2000 e-mail from Fumo to Marrone entitled "Tom."

314     December 3, 2000 e-mail from Fumo to Marrone entitled "Colosimo."

315     December 4, 2000 e-mail from Fumo to Marrone entitled "PJ."

316     December 4, 2000 e-mail from Fumo to Marrone entitled "Green Street."

317     December 6, 2000 e-mail exchange between Fumo and Marrone entitled "Elevator."

318     December 6, 2000 e-mail exchange from Fumo to Marrone (copy to Cozzo and Colosimo) entitled "Green Street."

319     December 7, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

320    December 7, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

321    December 7, 2000 e-mail from Fumo to Marrone entitled "Updated list."

322    December 9-10, 2000 e-mail exchange between Fumo and Marrone entitled "Snow melting system."

323    December 11, 2000 e-mail exchange between Fumo and Marrone entitled "PJ."

324    December 11, 2000 e-mail exchange between Fumo and Marrone entitled "LEAKS!!!!!!!!!!!!!!!FUCK-FUCK-FUCK!!!!!!!!!!!!!!!"

325    December 11-12, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

326    December 12-13, 2000 e-mail exchange between Fumo and Marrone entitled "Mailbox @ Green Street."

327    December 18, 2000 e-mail exchange between Fumo and Marrone entitled "Plumber."

328    December 18, 2000 e-mail exchange between Fumo and Marrone entitled "Back Yard."

329    December 18, 2000 e-mails from Fumo to Marrone entitled "Mailbox."

330    December 18, 2000 e-mail from Fumo to Marrone (copy to Colosimo) entitled "Front door intercom."

331    December 18-19, 2000 e-mail exchange between Fumo and Marrone entitled "Hum in phone lines."

332    December 20, 2000 - January 19, 2001 e-mail exchange between Fumo and Marrone entitled "Vestibule door."

333    December 21, 2000 e-mail from Fumo to Marrone entitled "Green Street."

334    December 22, 2000 e-mail from Fumo to Colosimo (copy to Marrone) entitled "Garage door opener."

335    December 22, 2000 e-mail exchange among Fumo, Colosimo, and Marrone entitled "Outdoor light."

336    December 28, 2000 e-mail exchange among Fumo, Arnao, and Marrone entitled "Garage Door."

337    December 31, 2000 - January 3, 2001 e-mail exchange between Fumo and Marrone (copy to Cozzo and Pauciello) entitled "Snow melting."

338    January 3, 2001 e-mail exchange between Fumo and Marrone entitled "Plumbing."

339    January 4, 2001 e-mail exchange between Fumo and Marrone entitled "Garage Door."

340    January 7-8, 2001 e-mail exchange between Fumo and Marrone entitled "Miscl."

341    January 8, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

342    January 9, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

343    January 10, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

344    January 19, 2001 e-mail exchange between Fumo and Marrone entitled "Outdoor Light."

345    January 23, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

346    January 25-26, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

347    January 28, 2001 e-mail from Fumo to Marrone entitled "PJ."

348    January 26- March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Elevator Bill."

349    January 28, 2001 e-mail from Fumo to Marrone entitled "Hardware."

350    January 28, 2001 e-mail from Fumo to Marrone entitled "PJ's list."

351    February 3-4, 2001 e-mail exchange between Fumo and Marrone entitled "Heat."

352    February 4, 2001 e-mail exchange between Fumo and Marrone entitled "Electric."

353    February 10, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

354    February 28, 2001 e-mail exchange between Fumo and Marrone entitled "Heat."

355    March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

356    March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Web page suggestion from Christian."

357    March 10-11, 2001 e-mail exchange among Fumo, Cozzo, and Marrone entitled "Painting @ Green St."

358    March 11-12, 2001 e-mail exchange between Fumo and Marrone entitled "Water."

359    March 12, 2001 e-mail from Fumo to Cozzo and Marrone entitled "PJ."

360    March 31 - April 3 2001 e-mail exchange between Fumo and Marrone entitled "Pavement heater."

361    April 22, 2001 e-mail from Fumo to Marrone entitled "Security Elevator."

362    April 25-27, 2001 untitled e-mail exchange between Dottie Egrie and Marrone.

363    May 17, 2001 e-mail from Fumo to Colosimo (copy to Cozzo and Marrone) entitled "Green St. Alarm."

364    June 13, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

365    June 23-25, 2001 e-mail exchange between Fumo and Marrone entitled "Tom Colosimo."

366    June 25, 2001 e-mail from Fumo to Cozzo (copy to Arnao and Marrone) entitled "Elevator shaft."

367    July 11-18, 2001 e-mail exchange among Fumo, Cozzo, Bert Laudenslauger, and Marrone entitled "Fountains."

368    August 17-18, 2001 e-mail exchange between Fumo and Marrone entitled "techplace links."

369    August 18-20, 2001 e-mail exchange between Fumo and Marrone entitled "Fountains in the yard - Green St."

370    September 5-8, 2001 e-mail exchange between Fumo and Marrone entitled "HBO."

371    October 1-2, 2001 e-mail exchange between Fumo and Marrone entitled "Sidewalk."

372    September 17-24, 2001 e-mail exchange between Fumo and Marrone entitled "HBO."

373    October 20-23, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

374    October 27-28, 2001 e-mail exchange between Fumo and Marrone entitled "Dog."

375    October 29, 2001 e-mail exchange between Fumo and Marrone entitled "DO."

376    November 12-14, 2001 e-mail exchange between Fumo and Marrone entitled "DOG."

377    November 22-26, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

378    November 24 - December 2, 2001 e-mail exchange between Fumo and Marrone (copy of part to Cozzo) entitled "Wine Cellar Key."

379    February 11, 2002 Philadelphia Inquirer article entitled, "Patients get a lifeline to the office."

Fraud on the Senate -- Lisa Costello ("Person No. 21")

390    Excerpt of Senate personnel file of Lisa Costello.

391    Summary of payments from Fumo accounts for housekeeping, May 1998 to May 2003.

392    Champion Investments checks payable to Lisa Costello, dated March 2001 through February 2002.

393    July 7, 1999 e-mail from Fumo to Egrie entitled "HI."

394    Reserved.

395    December 3-4, 2000 e-mail exchange between Fumo and Marrone entitled "KEYS."

396    March 25-26, 2001 e-mail exchange among Fumo, Pauciello, Arnao, and Egrie entitled "Green Street" (transcript is exh. 396T).

397    April 6-9, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

398    August 16-17, 2001 e-mail exchange among Fumo, Cozzo, and Pauciello (copy to Arnao and Egrie) entitled "Kenyon Ave."

399    October 27, 2001 e-mail exchange from Fumo to Cozzo, Pauciello, and Arnao (copy to Marrone) "SHORE."

400    November 13, 2001 e-mail exchange between Fumo and Egrie entitled "Housekeeper and Karen."

401    January 22, 2002 e-mail exchange between Pauciello and Fumo entitled "latourette."

402    April 3, 2002 untitled e-mail exchange between Fumo and Lisa Costello.

403    May 9, 2002 e-mail from Fumo to Egrie entitled "Anna."

404    May 15, 2002 e-mail from Fumo to Egrie entitled "Anna."

Fraud on the Senate -- Fumo's Farm

410     Deed dated January 7, 2003, for Fumo's purchase of farm at 670 So. River Road, Halifax, Pennsylvania, for $515,000.

411     Photographs of farm, taken on March 8, 2006.

412     Excerpts of Senate personnel file of Gerald Sabol.

413     Excerpts of Senate personnel file of Charles Sholders.

414     Senate contracts for S. Michael Palermo, doing business as M.P. Consulting, July 1, 2000 to June 30, 2004.

415     Invoices submitted by Palermo to the Senate, December 1999 through June 2004.

416     Records of Pennsylvania Turnpike Commission regarding payments to Michael Palermo from April 2003 through December 2004.

417     March 4, 2003 agreement between Pennsylvania Turnpike Commission and MP Consulting for services to be provided by MP Consulting.

418     Summary of documents produced by the Office of Senator Fumo regarding Michael Palermo.

419     Summary of transactions in Riverview Farm LLC account.

419a    Payments to Charles and Margaret Sholders from Riverview Farm account.

419b    Account records of account of Riverview Farm LLC, First Penn Bank, account no. xxxx9133, June 2003 to September 2004.

420     December 17, 2002 e-mail exchange between Gerald Sabol and Fumo (copy to Palermo and Swett) entitled "Fuel Cell Conference date and place" (transcript is exh. 420T).

421     December 27, 2002 e-mail from Fumo to Gerald Sabol entitled "Farm."

- 29 -

422    January 2-3, 2002 e-mail exchange between Fumo and Sabol entitled "Farm -- assistance with the development plan" (transcript is exh. 422T).

423    January 7, 2003 e-mail from Sabol to Dave Swartz entitled "Visit to Indian Springs Farm."

424    January 8, 2003 e-mail from Fumo to Sabol (copy to Palermo) entitled "Farm" (Count 39).

425    January 8, 2003 e-mail exchange among Fumo, Finkelstein, and Pauciello (copy to Palermo) entitled "Farm" (transcript is exh. 425T).

426    February 6-7, 2003 e-mail exchange between Sabol and Fumo entitled "Farm" (transcript is exh. 426T).

427    February 7, 2003 e-mail from Sabol to Palermo (copy to Fumo) entitled "Farm."

428    February 6-8, 2003 e-mail exchange between Sabol and Fumo (copy to Palermo) entitled "Farm" (transcript is exh. 428T).

429    February 21, 2003 untitled e-mail from Sharon Gillam to Rosanne Pauciello, forwarded to Fumo; followed by e-mail from Fumo to Pauciello (copy to Palermo and Ed Finkelstein) entitled "Middled again," and reply from Pauciello to Fumo.

430    February 23, 2003 e-mail exchange between Fumo and Pauciello (copy to Palermo) entitled "The Farm" (Count 41).

431    March 6, 2003 e-mail from Sabol to Fumo entitled "Farm Property."

432    March 14-15, 2003 e-mail exchange between Fumo and Sabol entitled "Your Farm" (transcript is exh. 432T).

433    March 25, 2003 e-mail from Fumo to Sabol entitled "Farm."

434    March 27-28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

435    March 28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

436    Continuation of March 28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

437     April 2, 2003 e-mail exchange between Sue Swett and Sabol (copy to Fumo and Charlie Sholders) entitled "Farm."

438     April 7, 2003 e-mail from Fumo to Pauciello and Cozzo entitled "Farm."

439     April 11, 2003 e-mails from Fumo to Sabol and Sholders regarding farm.

440     April 15, 2003 e-mail from Fumo to Charlie Sholders, Gerald Sabol, Michael Palermo, and Sue Swett entitled "Farm," with responses from Sabol.

441     April 15, 2003 e-mail from Fumo to Charlie Sholders, Gerald Sabol, Michael Palermo, and Sue Swett entitled "Tractor\tor."

442     May 5, 2003 e-mail from Fumo to Pauciello (copy to Swett) entitled "Farm" (transcript is exh. 442T).

443     May 12, 2003 e-mail from Sabol to Fumo (copy to Sholders) entitled "Farm."

444     May 14, 2003 e-mail from Fumo to Sholders and Sabol (copy to Palermo) entitled "FARM - New buildings."

445     May 14, 2003 e-mail exchange between Fumo and Sabol (copy to Sholders and Palermo) entitled "FARM - Horse barn prep."

446     May 14, 2003 e-mail from Fumo to Sholders and Sabol (copy to Palermo) entitled "FARM - Planting" (transcript is exh. 446T).

447     May 16, 2003 e-mail from Sabol to Fumo (copy to Sholders) entitled "Electrical to farm."

448     June 6, 2003 e-mail exchange between Sabol and Fumo (copy to Sholders and Palermo) entitled "Horse Barn" (transcript is exh. 448T).

449     June 13, 2003 e-mail from Fumo to Sholders, Sabol, and Palermo entitled "Farm house."

450     July 4, 2003 e-mail from Fumo to Palermo (copy to Swett and Craig) entitled "Hale."

451     July 4, 2003 e-mail from Fumo to Palermo entitled "Farm."

452     July 15, 2003 e-mail exchange between Swett and Fumo entitled "Fuel Tanks" (transcript is exh. 452T).

453     July 17, 2003 e-mail exchange between Swett and Fumo entitled "Cattle Barn."

454     Riverview Farm LLC check no. 1004 dated July 22, 2003, to S&W Petroleum Services, Inc. for $1,681.50 (memo line: "2 - 550 gal. gas tanks").

455     July 22-23, 2003 e-mail exchange between Fumo and Swett entitled "Gas tanks" (transcript is exh. 455T).

456     July 24, 2003 e-mail from Swett to Fumo (copy to Sholders and Palermo) entitled "fuel tanks."

457     July 26-28, 2003 e-mail exchange among Fumo, Arnao, and Spagna entitled "Lou Digregorio" (transcript is exh. 457T).

458     July 28, 2003 e-mail from Fumo to Sholders and Swett entitled "Air Compressor," forwarding message from Fumo to Palermo.

459     August 1, 2003 untitled e-mail from Swett to Sholders regarding deal for Sholders to live rent-free in house but pay utilities.

460     August 2, 2003 e-mail exchange between Swett and Liz Craig entitled "ps."

461     August 6, 2003 e-mail exchange between Fumo and Swett entitled "Hale."

462     Invoice and receipts of Synergis Technologies, Inc, dated August 15, 2003, for sale of Autocad 2002 software to Senate of Pennsylvania, paid for by Citizens Alliance, for $3,183.25.

463     August 16-17, 2003 e-mail exchange between Fumo and Swett entitled "Borings."

464     September 3, 2003 e-mail from Fumo to Swett entitled "Horse Barn."

465     September 5, 2003 e-mail from Fumo to Swett entitled "Farm."

466     September 12, 2003 e-mail from Fumo to Swett and Sholders entitled "FARM."

467 September 13, 2003 e-mail from Fumo to Cozzo, Pauciello, and Arnao (copy to Sholders and Swett) entitled "Farm Horses."

468 September 23, 2003 e-mail exchange between Dan Coyne and Fumo (copy to Christopher Craig) entitled "Farm."

469 September 24, 2003 e-mail exchange between Fumo and Swett entitled "Issues" (transcript is exh. 469T).

470 September 30, 2003 and October 11, 2003 e-mails from Fumo to Sholders and Swett entitled "PECO-PPL."

471 October 2, 2003 e-mail exchange between Brandi Pifer and Sue Swett (copies to Fumo and Sholders) entitled "Barn."

472 October 6, 2003 e-mail from Swett to Fumo entitled "Farm."

473 October 6, 2003 e-mail from Allison Pinto to Fumo (copy to Swett) entitled "Horses" (transcript is exh. 473T).

474 October 6, 2003 untitled e-mail exchange between Swett and Fumo.

475 October 6, 2003 e-mail exchange between Fumo and Paul Dlugolecki entitled "Where are you?"

476 October 6-7, 2003 e-mail exchange between Fumo and Swett entitled "Monies due" (transcript is exh. 476T).

477 October 7, 2003 untitled e-mail exchange between Fumo and Charles Sholders (copy to Paul Dlugolecki).

478 October 8, 2003 untitled e-mail exchange between Charles Sholders and Sue Swett.

479 October 22, 2003 e-mail exchange between Fumo and Pauciello entitled "The Farm" (transcript is exh. 479T).

480 October 26, 2003 e-mail from Fumo to Sholders and Swett (copy to Palermo) entitled "Surefoot."

480a    Web page -- www.rubberecycle.com/surefoot.htm -- referenced in exhibit 480.

481     October 29, 2003 e-mail from Fumo to Swett entitled "Farm - corn."

482     November 5, 2003 e-mail exchange between Swett and Fumo (copy to Arnao) entitled "Fertilizing" (transcript is exh. 482T).

483     Reserved.

484     November 30, 2003 e-mail exchange between Fumo and Swett (copy to Sholders and Palermo) entitled "Farm."

485     December 4, 2003 e-mail from Swett to Fumo entitled "farm."

486     December 5, 2003 e-mail from Swett to Fumo entitled "Farm."

487     December 29-30, 2003 untitled e-mail exchange among Fumo, Sue Swett, and Keith Jack (transcript is exh. 487T).

488     January 2, 2004 e-mail from Fumo to Sue Swett and Charles Sholders, and Swett's reply, entitled "Conestoga" (Count 55)

489     January 7, 2004 e-mail exchange between Swett and Fumo entitled "GOATS" (Count 56).

490     January 12, 2004 e-mail from Swett to Fumo entitled "Farm, etc."

491     January 22, 2004 e-mail exchange between Fumo and Swett entitled "Goats."

492     January 28, 2004 e-mail exchange between Swett and Fumo entitled "BOER GOATS & GREAT PYRENEES GUARD DOGS by MAX Boer Goats."

493     April 29, 2004 e-mail exchange between Fumo and Swett (copy to Sholders) entitled "Farm" (transcript is exh. 493T).

494     April 30, 2004 e-mail exchange between Swett and Fumo entitled "Farm" (transcript is exh. 494T).

495     May 5, 2004 e-mail from Swett to Fumo entitled "Chas."

496    May 20, 2004 e-mail from Swett to Fumo entitled "Farm."

497    May 24, 2004 e-mail exchange between Fumo and Swett entitled "Farm."

498    June 1, 2004 e-mail exchange between Fumo and Swett (copy to Sholders) entitled "Goat Barns" (transcript is exh. 498T).

499    June 10, 2004 e-mail exchange among Fumo, Quartullo, and Swett (copy to Pauciello) entitled "Reimb. CS for Fuel" (transcript is exh. 499T).

500    July 28, 2004 e-mail exchange between Fumo and Swett entitled "Hale House" (transcript is exh. 500T).

501    September 14, 2004 e-mail from Pinto to Fumo entitled "LN_LS140.txt."

502    October 5, 2004 e-mail from Fumo to Swett entitled "Halifax."

503    October 26, 2004 e-mail exchange between Fumo and Swett entitled "84 Lumber Account."

504    November 15-17, 2004 e-mail exchange among Fumo, Luchko, and Eister (copy to Wilson and Coyne) entitled "Farm."

505    December 29, 2004 untitled e-mail exchange between Fumo and Sue Skotnicki (copy to Quartullo and Pauciello), regarding removing Margaret Sholders from payroll and adding Keith Jack.

506    February 1, 2005 e-mail exchange among Fumo, Sue Skotnicki, and Keith Jack entitled "Workshop" (transcript is exh. 506T).

507    March 20, 2005 e-mail from Fumo to Jack and Skotnicki entitled "Farm."

508    September 26, 2005 e-mail from Eister to Fumo (copy to Maguire) entitled "Harrisburg computer status."

509    October 25, 2005 e-mail exchange among Fumo, Skotnicki, and Eister entitled "Farm NOPGP."

510    October 31, 2005 e-mail from Eister to Fumo entitled "Farm and Comcast."

511     Summary of e-mails with Senate employees and contractor related to farm.

Fraud on the Senate -- Mitchell Rubin ("Senate Contractor No. 5")

520     Senate contracts with B&R Professional Services, Inc., October 1, 1999 to
        September 30, 2004.

521     Invoices from B&R Professional Services, Inc. to the Senate, January 2000
        through September 2004 (includes invoices described in Count 4 (page 72) and
        Count 5 (page 97)).

522     August 11-13, 2001 e-mail exchange between Fumo and Marrone entitled "House-
        arrest monitors scarce in the city."

523     Summary of documents produced by the Office of Senator Fumo regarding
        regarding work of Mitchell Rubin.

524     Sample of May 2004 invoices produced by B&R Services for Professionals, Inc. in
        response to subpoena.

Fraud on the Senate -- Lillian Cozzo ("Person No. 22")

530     Photograph of Lillian Cozzo's workspace, taken on Feb. 18, 2005.

531     Excerpts of Senate personnel file of Lillian Cozzo.

532     July 13, 1999 e-mail exchange between Fumo and Cozzo entitled "Shore - Reply."

533     July 24 and August 24, 1999 e-mail exchange between Fumo and Lillian Cozzo
        (copy to Egrie) entitled "Yacht Club in Monte Carlo."

534     January 30, 2000 e-mail from Fumo to Cozzo and Arnao (copy to Egrie) entitled
        "Shore Rents."

535     January 31, 2000 e-mail exchange among Fumo, Cozzo, and Quartullo (copy to
        Egrie) entitled "SEARS Treadmill."

536     February 25 - March 1, 2000 e-mail exchange among Fumo, Cozzo, and Dottie
        Egrie entitled "Shades."

537     May 15, 2000 e-mail from Fumo to Cozzo (copy to Egrie, Steve Marcus, Bill
        Mahoney) entitled "Hinckley."

538     June 15-16, 2000 e-mail exchange between Fumo and Cozzo entitled "Rooms TO
        Go."

539     July 11 and 20, 2000 e-mail exchange between Fumo and Cozzo (copy to Arnao)
        entitled "MVY."

540     December 26-27, 2000 e-mail exchange between Cozzo and Fumo (copy to Egrie)
        entitled "FLA plane schedule."

541     January 27, 2001 e-mail from Fumo to Cozzo, Arnao, and Pauciello (copy to
        Egrie) entitled "Dottie."

542     December 10, 2001 e-mail exchange between Fumo and Cozzo (copy to Egrie)
        entitled "Tom Colosimo & Woody."

543     November 11, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled
        "Front Gate."

544     November 25, 2002 e-mail from Fumo to Cozzo, Colosimo, and Arnao entitled
        "Alarm Codes."

545     November 30, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Tom
        Colosimo."

546     December 18, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Tom
        Codes."

547     December 20, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled
        "CATV - Green Street."

548     December 24, 2002 and January 22, 2003 e-mails from Fumo to Cozzo and
        Colosimo entitled "Green St."

549   January 6, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

550   January 16, 2003 e-mail from Fumo to Cozzo, Arnao, and Colosimo entitled "Green ST. Front gate."

551   January 19, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

552   January 2, 2003 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Florida Electric," with attachment.

553   February 1, 2003 e-mail from Fumo to Cozzo and Colosimo entitled "Dottie's Code."

554   March 2, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St. DVD."

555   March 8-10, 2003 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Florida."

556   April 7, 2003 e-mail from Cozzo to Colosimo entitled "Green St."

557   April 26-28, 2003 e-mail exchange among Fumo, Cozzo, and Arnao (copy to Colosimo) entitled "CCTV."

558   September 14, 2003 e-mail from Fumo to Cozzo and Colosimo entitled "Green Street."

559   September 28, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Alarm Systems."

560   October 1-2, 2003 e-mail exchange among Fumo, Cozzo, and Arnao (copy to Colosimo) entitled "Tom Colosimo."

561   October 21, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Shore."

562   October 22, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green ST."

563    November 9, 2003 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Green St."

564    November 15, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Tom Colosimo."

565    November 22-24, 2003 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Green St."

566    December 3, 2003 e-mail from Fumo to Cozzo and Arnao (copy to Colosimo) entitled "Music."

567    December 3-4, 2003 e-mail exchange between Fumo and Cozzo (copy to Arnao and Colosimo) entitled "TV."

568    December 6, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Music in the front of Green St."

569    December 14-15, 2003 e-mail exchange between Fumo and Cozzo (copy to Arnao, Luchko, Blake Rubin, and Colosimo) entitled "Family room TV" (additional responses in exh. 713).

570    January 3, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

571    January 12, 2004 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Colosimo."

572    January 14, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Caller ID."

573    January 15, 2004 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Colosimo."

574    January 15, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Tom - Wire" (Count 58).

575    January 17, 2004 e-mail exchange between Fumo and Quartullo (copy to Spagna, Cozzo, Arnao, and Arnao) entitled "Florida lighting."

576    January 20, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Colosimo."

577    January 22, 2004 e-mail from Dottie Egrie to Cozzo entitled "Passport."

578    January 26, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Schedule."

579    January 28 and February 2, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Florida."

580    February 26-27, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo (copy to Pauciello and Arnao) entitled "Green Street."

581    March 8, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Colosimo."

582    April 5, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Florida."

583    April 5, 2004 e-mail from Fumo to Colosimo entitled "Green Street."

584    April 18-19, 2004 e-mail exchange among Fumo, Cozzo, Pauciello, and Colosimo (copy to Arnao) entitled "Tom Colosimo."

585    April 24, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Phones, etc."

586    May 1, 2004 e-mail from Fumo to Cozzo, Pauciello, Arnao, and Swett entitled "AT&T cell phone."

587    May 8, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Colosimo."

588    May 12-13, 2004 e-mail exchange among Fumo, Jane Scaccetti, Cozzo, Arnao, and Colosimo entitled "plasma tv"

589    May 14, 2004 e-mail exchange between Arnao and Cozzo (copy to Fumo and Vincent E. Fumo) entitled "Cable Modem" (transcript is exh. 589T).

590    May 16, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Kenyon Ave."

591    August 18, 2004 e-mail from Fumo to Colosimo (copy to Arnao and Cozzo) entitled "Green Street."

592    September 7-8, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Tom Colosimo."

593    September 16-17, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Green St."

594    October 28, 2004 e-mail from Fumo to Cozzo and Colosimo entitled "Green St."

595    November 10, 2004 e-mail exchange among Fumo, Vince Fumo, Jr., Cozzo, Pauciello, and Colosimo entitled "alarm"

596    November 25, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

597    December 9-10, 2004 e-mail exchange among Fumo, Colosimo, and Cozzo entitled "Green St."

598    December 20, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

599    December 28, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Flat screen TV."

600    January 24-25, 2005 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Monmouth Ave."

601    January 29, 2005 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

602    March 15, 2005 e-mail from Cozzo to Fumo entitled "130 Beach Rd."

603    November 30-December 1, 2005 e-mail exchange among Fumo, Colosimo, and Cozzo entitled "Colosimo."

604   December 26-27, 2005 e-mail exchange between Fumo and Cozzo entitled "Wednesday Schedule nopgp."

605   Undated message from Cozzo to Fumo regarding disputed Visa charge; Nelson and Leonetti's intent to pick up Mercedes; and question regarding whether to take Mercedes to Precision.

606   Summary of tasks delegated to be arranged or handled by Lillian Cozzo.


Fraud on the Senate -- Rosanne Pauciello ("Person No. 16")

610   Photograph of Rosanne Pauciello's workspace, taken on February 18, 2005.

611   Excerpts of Senate personnel file of Roseann Pauciello.

612   January 25, 2001 e-mail exchange between Egrie and Pauciello entitled "Joke........"

613   February 6, 2001 e-mail exchange among Fumo, Rosanne Pauciello, and Marrone entitled "cops."

614   August 20, 2001 e-mail exchange between Fumo and Marrone entitled "PGW."

615   January 21, 2005 e-mail exchange among Fumo, Cozzo, and Pauciello entitled "The alarms."

616   October 7, 2005 e-mail exchange among Fumo, Spagna, and Pauciello entitled "JI nopgp."

617   October 22, 2005 e-mail exchange among Fumo, Quartullo, Pauciello, and Colosimo entitled "Green St."

618   November 21, 2005 e-mail exchange among Fumo, Colosimo, and Pauciello entitled "Alarm codes."


Fraud on the Senate -- Maryann Quartullo ("Person No. 8")

625   Photograph of Maryann Quartullo's workspace, taken on February 18, 2005.

- 42 -

626    Excerpts of Senate personnel file of Maryann Quartullo.

627    October 17-19, 1999 e-mail exchange between Fumo and Quartullo (copy to Egrie) entitled "Rotisserie."

628    January 3-4, 2001 e-mail exchange between Marrone and Maryann Quartullo (copy to Fumo and Pauciello) entitled "Desk Audit."

629    October 12, 2004 e-mail from Pauciello to Quartullo entitled "guns."


Fraud on the Senate -- Drivers

635    Excerpts of Senate personnel file of David Nelson.

636    Excerpts of Senate personnel file of Lou Leonetti.

637    Senate of Pennsylvania, Financial Operating Rules and COMO Policies, 2005.

638    February 9, 1999 from Cozzo to Fumo (copy to Pauciello) entitled "Dental Appointment."

639    March 31, 1999 untitled e-mail exchange between Fumo and Egrie.

640    October 12, 1999 e-mail from Fumo to Quartullo (copy to Egrie) entitled "Ammo."

641    February 11, 2000 e-mail from Fumo to Jane Scaccetti (copy to David Nelson) entitled "Repairs at Green Street."

642    February 23, 2000 e-mail from Lillian Cozzo to Egrie (copy to Fumo and Pauciello) entitled "Sunday - February 25th."

643    February 25, 2000 e-mail from Fumo to Cozzo entitled "BIRTHDAYS."

644    May 9, 2000 e-mail exchange between Fumo and Egrie (copy to Pauciello) entitled "Massage table."

645    November 30, 2002 e-mail exchange between Fumo and Dan Coyne (copy to Arnao, Luchko, and Wilson) entitled "Nextel i90c."

- 43 -

646    December 18, 2000 e-mail exchange between Fumo and Egrie entitled "Candles."

647    February 3-5, 2001 e-mail exchange between Fumo and Marrone entitled "Electric."

648    June 23, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

649    August 19, 2001 e-mail from Fumo to Nelson (copy to Marrone) entitled "Green St."

650    August 24, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

651    May 11-12, 2002 e-mail exchange between Fumo and Egrie entitled "Hi."

652    June 2, 2003 e-mail from Wilson to Luchko entitled "Green street."

653    January 22, 2004 e-mail from Egrie to Lillian Cozzo entitled "Florida Flight."

654    February 11, 2004 e-mail exchange between Luchko and Wilson entitled "Disks."

655    February 11, 2004 e-mail exchange between Luchko and Eister entitled "8100."

656    February 11, 2004 e-mail exchange between Wilson and Luchko entitled "Disks."

657    February 15-16, 2005 e-mail exchange between Fumo and Jane Scaccetti (copy to Cozzo) entitled "info on taking Allie this wed and next."

658    December 5, 2005 e-mail from Fumo to David Nelson entitled "H'bg."


Fraud on the Senate -- Computer Aides

665    Photograph of Don Wilson's workspace at 1208 Tasker Street, taken on February 18, 2005.

666    Photograph of Leonard Luchko's workspace, taken on February 18, 2005.

667    Excerpts of Senate personnel file of Leonard Luchko.

668    Excerpts of Senate personnel file of Mark Eister.

669    Excerpts of Senate personnel file of Donald Wilson.

670    November 17, 1999 e-mail from Fumo to Podgorski (copy to Allie Fumo) entitled "Allie's e-mail."

671    Summary of e-mails regarding Fumo's tasks assigned to computer aides.

672    May 16, 2000 e-mail from Podgorski to Egrie (copy to Fumo) entitled "Training."

673    May 25, 2000 e-mail from Podgorski to Egrie (copy to Fumo) entitled "Outlook."

674    July 27-30, 2000 e-mail among Fumo, Luchko, and Coyne entitled "London."

675    July 30-31, 2000 e-mail among Coyne, Luchko, and Fumo entitled "No. 3."

676    September 27, 2000 e-mail from Luchko to Maguire entitled "HI."

677    November 20, 2000 e-mail exchange among Fumo, Cozzo, and Marrone entitled "Mercedes."

678    December 2, 2000 e-mail from Fumo to Luchko and Podgorski entitled "Printer @ Green Street!"

679    December 28, 2000 e-mail exchange among Fumo, Luchko, and Coyne (copy to Podgorski) entitled "Palm Vx."

680    January 24, 2001 e-mail from Fumo to Coyne, Luchko, and Podgorski entitled "Mapping programs."

681    February 5, 2001 e-mail exchange among Fumo, Luchko, Coyne, and Podgorski entitled "Epsom Photo Printer."

682    February 6, 2001 e-mail exchange among Fumo, Egrie, Luchko, and Podgorski entitled "Address Book."

683    May 29, 2001 e-mail exchange between Michael Podgorski and Fumo (copy to Dan Coyne) entitled "Dottie."

684    July 12-17, 2001 untitled e-mail exchange among Luchko, Coyne, and Fumo (copy of part to Podgorski and Arnao).

- 45 -

685    July 14, 2001 untitled e-mail from Luchko to Coyne.

686    October 14, 2001 e-mail exchange among Fumo, Coyne, and Marrone entitled "Shore Cable Modem."

687    October 19, 2001 e-mail from Luchko to Maguire entitled "Don Update."

688    November 27, 2001 e-mail from Luchko to Podgorski entitled "Florida PC."

689    November 28, 2001 e-mail exchange among Fumo, Luchko, Wilson, and Coyne entitled "I-Book."

690    December 14, 2001 e-mail exchange among Luchko, Wilson, and Fumo entitled "X Box and Sims games."

691    February 14, 2002 and March 5, 2002 e-mail exchange between Fumo and Wilson (copy to Egrie) entitled "GPS in 4Runner" (Count 34).

692    April 8-9, 2002 e-mail exchange between Luchko and Dan Coyne entitled "Car Modem."

693    June 23, 2002 e-mail exchange between Fumo and Luchko entitled "fas@fumo.com."

694    July 19-22, 2003 e-mail exchange among Fumo, Blake Rubin, and Luchko entitled "DVD/VCR."

695    July 26-28, 2003 e-mail exchange among Luchko, Fumo, and Eister (copy to Wilson) entitled "VHS to DVD."

696    August 1-5, 2003 e-mail exchange between Luchko and Maguire entitled "Sales Ally 5."

697    August 28, 2002 e-mail from Wilson to Luchko entitled "Margate."

698    August 29, 2002 e-mail from Wilson to Arnao (copy to Luchko) entitled "Wireless network."

699    September 1-2, 2002 e-mail exchange among Fumo, Luchko, and Wilson entitled "6601 Monmouth Ave."

700    September 15, 2002 e-mail exchange between Luchko and Wilson entitled "Tasks."

701    November 14, 2002 e-mail from Wilson to Fumo (copy to Luchko) entitled "Palm and Monitor arm."

702    November 25, 2002 e-mail from Luchko to Colosimo entitled "Florida LAN."

703    March 14, 2003 e-mail from Luchko to Colosimo entitled "Phones at Kenyon."

704    April 13, 2003 e-mail exchange between Luchko and Maguire entitled "PGP Eudora."

705    July 7, 2003 e-mail exchange between Luchko and Wilson entitled "Joe Jacovini email address."

706    July 11, 2003 e-mail exchange between Luchko and Wilson entitled "SNAFU."

707    August 8, 2003 e-mail exchange between Wilson and Luchko entitled "Off Monday."

708    August 14, 2003 e-mail from Wilson to Cozzo (copy to Luchko) entitled "Don off tomorrow."

709    August 20, 2003 e-mail exchange between Maguire and Podgorski entitled "SDCS Staff in Philadelphia."

710    October 7, 2003 e-mail exchange between Luchko and Eister entitled "Election Mapping."

711    November 22, 2003 e-mail exchange between Luchko and Wilson entitled "Card Reader."

712    December 12, 2003 e-mail exchange Eister and Wilson entitled "Routing question."

713    December 14, 2003 e-mail exchange among Fumo, Luchko, and Wilson (also sent to Arnao, Cozzo, Tom Colosimo, and Blake Rubin) entitled "Green St. Family room TV" (additional response is in exh. 569).

714     January 7, 2004 untitled e-mail exchange among Fumo, Arnao, David Nelson, Lou Leonetti, Luchko, and Don Wilson regarding finding radar detector for Fumo's van in Florida (Count 57).

715     January 7, 2004 untitled e-mail exchange between Luchko and Arnao (copy to Wilson).

716     January 9-10, 2004 untitled e-mail exchange between Arnao and Colosimo.

717     January 12, 2004 e-mail exchange between Fumo and Wilson (copy to Arnao and Luchko) entitled "Monmouth Ave Camera."

718     January 14, 2004 e-mail exchange between Fumo and Wilson entitled "GPS & more."

719     February 2, 2004 e-mail exchange between Fumo and Wilson entitled "Mercedes - GPS."

720     February 3, 2004 e-mail exchange between Luchko and Wilson entitled "Update."

721     February 5, 2004 e-mail from Wilson to himself entitled "To do . . ."

722     February 13, 2004 e-mail from Luchko to Wilson entitled "FYI."

723     February 19, 2004 e-mail from Luchko to Wilson entitled "Laptop."

724     February 24, 2004 e-mail from Luchko to Customer Support at Pioneer Service entitled "Feature and Specification │B00002│2672284591 [#820039]."

725     March 1-2, 2004 e-mail exchange between Wilson and Fumo entitled "888 Stereo."

726     March 4, 2004 e-mail exchange between Fumo and Wilson entitled "888 stereo."

727     Photographs of "888" boat.

728     March 5-6, 2004 e-mail exchange between Dottie Egrie and Fumo entitled "Stewart." (Count 61)

729     March 12, 2004 e-mail exchange between Luchko and Wilson entitled "Tickets."

730     March 23, 2004 e-mail from Luchko to David Bass (Nextel account executive) entitled "Nextel for Ruth Arnao."

731     April 14, 2004 e-mail from Wilson to Luchko entitled "Blackberry."

732     May 2, 2004 e-mail from Fumo to Wilson entitled "888."

733     May 22, 2004 e-mail exchange between Fumo and Wilson entitled "XM Radio for Caddy."

734     June 7, 2004 e-mail exchange between Fumo and Wilson entitled "XM Installs."

735     June 13, 2004 e-mail from Wilson to Luchko entitled "Back at Margate..."

736     June 18, 2004 e-mail from Wilson to Arnao entitled "Monmouth keys."

737     June 20, 2004 e-mail exchange between Luchko and Wilson entitled "Shore Laptop."

738     June 26, 2004 e-mail from Fumo to Colosimo (copy to Cozzo and Wilson) entitled "Fan."

739     June 26, 2004 e-mail from Luchko to Wilson entitled "FYI."

740     July 7, 2004 e-mail exchange between Eister and Coyne entitled "Scotland."

741     July 15, 2004 e-mail exchange between Luchko and Wilson entitled "Keys."

742     August 9, 2004 e-mail exchange between Arnao and Wilson entitled "On the GSP."

743     August 13, 2004 e-mail exchange between Luchko and Wilson entitled "Fyi."

744     August 16, 2004 e-mail exchange between Luchko and Arnao entitled "List of things sent to MV."

745     August 18, 2003 e-mail exchange between Luchko and Wilson entitled "FYI."

746     October 13, 2004 e-mail exchanges between Luchko and Eister entitled "Port Question" and "TEST."

- 49 -

747    October 17, 2004 e-mail from Luchko to Fumo (copy to Eister and Wilson) entitled "Plan for Tomorrow."

748    Reserved.

749    October 24, 2004 e-mail exchange between Luchko and Wilson (copy to Fumo and Howard Cain) entitled "Election."

750    October 31, 2004 e-mail exchange among Fumo, Cozzo, Luchko, and Colosimo entitled "Phones in the M/Bathroom."

751    November 8, 2004 e-mail from Luchko to Fumo (copy to Colosimo) entitled "Master Bathroom Phone."

752    December 3-6, 2004 e-mail exchange between Luchko and Eister entitled "Palm x."

753    December 15-17, 2004 e-mail exchange among Fumo, Arnao, Luchko, and Jane Scaccetti entitled "Allie's TV."

754    December 6, 2004 e-mails from Arnao to Luchko entitled "sign."

755    December 7, 2004 e-mail from Luchko to Arnao entitled "Printer."

756    December 8, 2004 e-mail exchange among Luchko, Eister, and Wilson entitled "Wireless."

757    December 9-13, 2004 e-mail exchange between Arnao and Luchko entitled "Email."

758    December 10, 2004 e-mail from Luchko to Fumo (copy to Wilson and Eister) entitled "Wireless Problem."

759    December 15, 2004 e-mail from Luchko to Wilson entitled "Tomorrow."

760    February 10, 2005 e-mail exchange between Fumo and Luchko entitled "Terry Laptop."

761    March 23, 2005 e-mail exchange between Fumo and Wilson (copy to Luchko) entitled "Commercial travel."

762    April 15, 2005 e-mail from Don Wilson to Mark Eister (copy to Leonard Luchko) entitled "Parts needed."

763    May 22, 2005 e-mail from Luchko to Eister (copy to Wilson) entitled "PGP 9."

764    August 11, 2005 e-mail from Luchko to Dawn Galluccio (copy to Fumo, Arnao, and Cozzo) entitled "Comcast."

765    October 31, 2005 e-mail from Eister to Fumo entitled "Farm and Comcast."

766    December 2, 2005 e-mail exchange between Luchko and Colosimo entitled "Green Street hone Label."

767    December 13, 2005 e-mail from Fumo to Eister entitled "Farm."

768    Organization diagram of Senate Democratic Computer Services, dated May 17, 2006.


Fraud on the Senate -- Harrisburg Employees

770    November 15, 2001 e-mail exchange between Christopher Craig to Fumo (copy to Egrie) entitled "AT&T and Dottie."

771    November 16-19, 2001 e-mail exchange between Craig and Egrie entitled "AT&T."

772    November 24, 2001 e-mail from Fumo to Craig (copy to Egrie) entitled "First Union Bank."

773    November 26, 2001 e-mail from Fumo to Joseph McAlee and Charles Hardy at Sprague & Sprague (copy to Richard Sprague) entitled "Dottie Egrie."

774    December 10, 2001 e-mail exchange between Fumo and Egrie entitled "DNA."

775    December 27, 2001 untitled e-mail exchange between Craig and Fumo (copy to Egrie) stating that the number was then in Egrie's name and Craig was "going incommunicado."

776    February 11-14, 2005 e-mail exchange between Fumo and Christian Soura entitled "Ventnor, NJ."


Fraud on the Senate -- Diversion of Senate Equipment

780    February 23, 1999 e-mail from Franka Fisic to Dottie Egrie entitled "your dial up connection."

781    February 24-25, 1999 e-mail exchange between Fumo and Dan Coyne entitled "Concealed."

782    January 10, 2000 e-mail exchange between Fumo and Mike Podgorski (copy to Egrie) entitled "Info."

783    May 25, 2000 e-mail from Michael Podgorski to Dottie Egrie (copy to Fumo) entitled "PC."

784    January 7, 2001 untitled e-mail exchange between Luchko and Coyne (copy to Podgorski), regarding laptop for Dottie Egrie.

785    Dan Coyne call ticket no. 7697 dated February 1, 2001 entitled "Requests 3 Surge Protectors for Senator Fumo's Home."

786    February 1, 2001 e-mail exchange between Fumo and Podgorski (copy to Egrie) entitled "Update."

787    March 21, 2001 e-mail exchange between Fumo and Deborah Maguire entitled "E-mail Legislation."

788    April 12, 2001 e-mail exchange among Fumo, Luchko, and Maguire entitled "Laptop Upgrade."

789    April 17, 2001 call ticket no. 8605 and April 23, 2001 call ticket no. 8693 regarding laptops ordered for Ken Snyder and Howard Cain.

790    April 19, 2001 e-mail exchange between Maguire and Luchko entitled "Request for a price quote."

791    May 20, 2001 e-mail from Daniel Coyne to Luchko entitled "Shore Computer."

792    June 8, 2001 e-mail from Luchko to Cain entitled "Outlook Disk."

793    June 12, 2001 e-mail exchange between Luchko and Maguire entitled "the laptop that Howard Cain has - A21???"

794    August 9, 2001 e-mail from Luchko to Blake Rubin, entitled "Equipment."

795    January 6-7, 2002 untitled e-mail exchange between Maguire and Luchko (copy to Eister and Camilla Brown), regarding laptop case.

796    May 23, 2002 e-mail from Luchko to Howard Cain entitled "Equipment."

797    June 12, 2002 untitled e-mail exchange between Egrie and Fumo regarding, in part, computer equipment (Count 37).

798    June 14, 2002 e-mail from Fumo to Coyne and Luchko (copy to Egrie) entitled "fas@fumo.com."

799    June 15, 2002 e-mail from Fumo to Egrie entitled "Clothing."

800    June 16, 2002 e-mail from Fumo to Luchko entitled "Virus."

801    June 20, 2002 untitled e-mail exchange between Egrie and Fumo regarding, in part, the laptop "we had lent you."

802    June 20, 2002 untitled e-mail exchange between Fumo and Egrie.

803    November 6, 2002 untitled e-mail exchange between Christian Marrone and Nicole Fumo, located on Fumo's PC card.

804    November 12-13, 2002 e-mail exchange between Luchko and Arnao entitled "Marrone."

805    January 16, 2003 e-mail exchange between Maguire and Luchko entitled "Phone Service."

806    January 28 - February 21, 2003 e-mail exchange between Nicole Fumo and Rachel Delano entitled "elizabeth's birthday."

807    May 5 and June 2-3, 2003 e-mail exchange between Wilson and John Hawkins entitled "update."

808    June 13, 2003 e-mail from Luchko to Arnao entitled "Equipment."

809    July 2, 2003 e-mail exchange between Luchko and Maguire entitled "Hardware Question."

810    July 2, 2003 e-mail from Luchko to Maguire entitled "FYI."

811    December 30, 2003 - January 7, 2004 e-mail exchange among Fumo, Luchko, and Eister entitled "Email groups."

812    January 14, 2004 e-mail from Egrie to Pauciello entitled "Hi There!"

813    January 20, 2004 e-mail from Wilson to Fumo (copy to Luchko) entitled "Dottie's files."

814    February 6, 2004 e-mail exchange between Luchko and Wilson entitled "Wireless."

815    February 8, 2004 e-mail from Luchko to Wilson entitled "Network Access."

816    February 10-11, 2004 e-mail exchange between Luchko and Wilson entitled "Matthew's laptop."

817    February 28, 2004 e-mail exchange between Luchko and Arnao entitled "Reminder."

818    March 23, 2004 e-mail exchange between Luchko and Arnao entitled "New Laptop."

819    April 8, 2004 e-mail from Luchko to Eister entitled "Confidential."

820    May 20, 2004 e-mail exchange between Luchko and Arnao entitled "Laptop."

821    May 21, 2004 e-mail exchange between Wilson and Cain entitled "Suspense . . ."

822    July 6, 2004 e-mail exchange between Luchko and Snyder entitled "Blackberries" (original message also sent to Fumo, Cain, Press, and Wilson).

823    July 6, 2004 e-mail exchange between Luchko and Sue Swett (copy to Fumo) entitled "Blackberries."

824    August 24-25, 2004 e-mail exchange between Luchko and Fonseca entitled "New Job."

825    August 30, 2004 e-mail from Luchko to Wilson entitled "Laptops."

826    September 6, 2004 e-mail from Luchko to Eister entitled "Dimension."

827    September 9, 2004 e-mail from Luchko to Arnao entitled "FYI."

828    October 13, 2004 e-mail from Luchko to Fumo (copy to Eister and Wilson) entitled "Terry."

829    October 18, 2004 e-mail exchange between Luchko and Eister entitled "CJK Fumo Account."

830    November 27-28, 2004 e-mail exchange among Luchko, Arnao, Spagna, and Wilson entitled "Snyder Phone."

831    November 28, 2004 untitled e-mail exchange among Luchko, Wilson, and Arnao regarding obtaining wireless all-in-one fax printer for Citizens Alliance.

832    November 29, 2004 e-mail from Pauciello to Luchko and Wilson (copy to Terry Reilly) entitled "Verizon."

833    November 29, 2004 e-mail exchange among Fumo, Arnao, and Wilson entitled "Terry's phone."

834    December 17, 2004 untitled e-mail exchange between Luchko and Matthew Fonseca.

835    December 20-21, 2004 e-mail exchange between Luchko and Arnao entitled "Florida."

836    February 23, 2005 e-mail exchange between Eister and Luchko entitled "VJF Son."

837    April 5, 2005 e-mail from Fumo to Luchko entited "Blackberry messages sent."

838    April 8, 2005 e-mail from Eister to Luchko entitled "being told there is a problem."

839    Reserved.

840    September 17, 2005 e-mail from Luchko to Wilson entitled "Terry Laptop."


Fraud on the Senate -- Other Exhibits

850    Sections 1102 and 1103 of the Pennsylvania Public Official and Employees Ethics Act.

850a    Documents reflecting legislative history of the Pennsylvania Public Official and Employees Ethics Act.

850b    Documents reflecting Advisory Opinions provided to Vincent Fumo and his current or former staff members by the Pennsylvania State Ethics Commission.

850c    Excerpts of pages reflecting summaries of enforcement proceedings from State Ethics Commission Annual Reports for 2001, 2002, and 2004.

851    Excerpt of Biography of Vincent J. Fumo (from www.fumo.com/biography, accessed April 9, 2008)

852    Photograph of Vincent J. Fumo's office at 1208 Tasker Street, taken on February 18, 2005.

853    Diagram of office space at 1208 Tasker Street.

854    Photograph of Fumo's house at 2220 Green Street, taken on December 27, 2006.

855    Photographs of Fumo's shore house at 108 South Kenyon Avenue, Margate, New Jersey, taken on November 2, 2006.

856    Photographs of condominium units and dock at 6601 Monmouth Avenue, Ventnor, New Jersey, taken on November 2, 2006.

857    Pictures of "Friends" boat.

858    Summary of Federal Express shipments to Florida.

858a    Documentation supporting summary presented in exhibit no. 858.

859    Sales brochure regarding property located at 130 North Beach Road, Hobe Sound, Florida.

859a    Photograph of Fumo at Florida house.

860    Photographs of Fumo's house at 30 Siesta Way, Fort Lauderdale, Florida, taken on March 21, 2007.

861    February 27, 1999 untitled e-mail from Fumo to Egrie.

862    March 6, 1999 untitled e-mail from Fumo to Egrie regarding treatment in Philadelphia.

863    June 28, 1999 e-mail exchange between Fumo and Vincent E. Fumo (copy to Arnao) entitled "1818."

864    June 30, 1999 untitled e-mail exchange between Fumo and Egrie regarding money troubles.

865    May 18, 2000 e-mail exchange between Fumo and Egrie entitled "Globe."

866    January 24, 2001 untitled e-mail exchange between Fumo and Egrie regarding bills paid by Arnao; Egrie's and Fumo's debts.

867    "A Private Conversation with Democratic Power Vince Fumo," Pennsylvania Report, September 14, 2001.

868    "A Private Conversation with Vince Fumo, the Prince of Pa. Politics - Part 2," Pennsylvania Report, October 12, 2001.

869    Fumo's "wish list," dated March 26, 2002.

870    Supplemental letter agreement regarding Fumo's employment with Dilworth Paxson LLP, dated July 25, 2000.

871    December 24, 2002 e-mail from Fumo to Arnao and Colosimo entitled "Green St."

872     July 27-28, 2003 e-mail exchange among Fumo, Arnao, Spagna, and Colosimo entitled "Tom Colosimo."

873     February 11, 2003 e-mail exchange between Fumo and Vincent E. Fumo (copy to Pauciello and Arnao) entitled "stuff" (transcript is exh. 873T).

874     November 23, 2003 e-mail from Fumo to Arnao and Anna Catania (copy to Colosimo) entitled "Decorations."

875     November 9, 2003 Philadelphia Inquirer article entitled "Pa. taxpayers pay millions for politicians' frills."

876     January 7, 2004 untitled e-mail from Arnao to Colosimo (copy to Fumo).

877     Excerpt of June 27, 2004 Harrisburg Patriot News article:  photographs and caption regarding Fumo's ownership and use of farm.

878     November 15-17, 2004 e-mail exchange among Fumo, Arnao, Rich Ridolfi, and Colosimo entitled "Hadco Lighting."

879     January 6, 2005 e-mail exchange between Fumo and Jamie Spagna entitled "Pens."

880     January 17, 2005 e-mail exchange among Fumo, Arnao, Vincent Fumo, Jr., Colosimo, and Pauciello entitled "alarm"

881     February 7, 2005 e-mail from Fumo to Spagna (copy to Wilson) entitled "Batter Charger."

882     Reserved.

883     Undated e-mail from Fumo to Egrie entitled "Hi PRETTY."

884     Undated e-mail from Fumo to Ann Catania entitled "West Chester."

885     Supplemental letter agreement regarding Fumo's employment with Dilworth Paxson LLP, dated March 26, 2003.

886     E-mail communications between Fumo and Richard Shappell of Dilworth Paxson (copy to Pauciello and others), from May 2-6, 2005, regarding compensation.

887     E-mail communications between Fumo and Richard Shappell of Dilworth Paxson
        (copy to Pauciello and others), from May 2-9, 2005, regarding compensation.

888     Spreadsheet maintained on Fumo's PC card regarding Fumo rental properties, in
        approximately November 2003.

889     Undated e-mail from Jamie Spagna to Fumo regarding "cockpit pad."

890     September 15, 2005 untitled e-mail from Dawn Galluccio to Fumo regarding
        "quotes for hauling the boat."


            FRAUD ON CITIZENS ALLIANCE FOR BETTER NEIGHBORHOODS --
                            COUNTS 65-98

Citizens Alliance -- General

900     Records of Pennsylvania Department of State regarding First District
        Environmental Defense Fund, later renamed Citizens Alliance for Better
        Neighborhoods, including articles of incorporation and bylaws.

901     Notes regarding the purpose and creation of Citizens Alliance.

902     August 12, 1991 memorandum from Virginia to Fumo staff members (copy to
        Fumo) entitled "Update and Next Steps on the Philadelphia Services Plan."

903     October 20, 1992 untitled memorandum from Fumo to Arnao regarding next year's
        budget for the First District Environmental Defense Fund.

904     December 20, 1995 untitled memorandum from Fumo to Arnao regarding Citizens
        Alliance.

905     March 13, 1997 Pennsylvania Department of Community and Economic
        Development ("DCED") grant application of Citizens Alliance.

905a    June 2001 DCED grant application of Citizens Alliance.

905b    September 2001 DCED grant application of Citizens Alliance.

905c    January 2003 DCED grant application of Citizens Alliance.

906     Employee Handbook of Citizens Alliance, January 2004 edition.

907     Pennsylvania corporation records for CA Holdings' subsidiaries: 1210 Enterprises, Inc., Hi Tech Ventures, Inc., Moya Ventures, Inc., Passyunk Avenue Revitalization, Inc., and Pine Tree Realty, Inc.

908     Citizens Alliance annual payroll for 1999.

909     Citizens Alliance annual payroll for 2000.

910     Citizens Alliance annual payroll for 2001.

911     Citizens Alliance annual payroll for 2002.

912     Citizens Alliance annual payroll for 2003.

913     Summary of accounts reviewed of Vincent J. Fumo.

914     Summary of accounts reviewed of Citizens Alliance.

915a    Account of Citizens Alliance -- Vanguard, October 1998 to December 2003.

915b    Summary of account of Citizens Alliance -- Vanguard.

915c    Account of CA Holdings, January 2000 to June 2004.

915d    Summary of account of CA Holdings.

915e    Account of 1210 Enterprises - Real Estate Property 1, January 2000 to June 2004.

915f    Summary of account of 1210 Enterprises.

915g    Account of Eastern Leasing Corp., March 2000 to June 2004.

915h    Summary of account of Eastern Leasing Corp.

916     Summary of Citizens Alliance payments to Sprague & Sprague, January 2000 to May 2006.

916a    Documentation supporting summary presented in exhibit no. 916.

917     Summary of personal payments made to credit cards used by Citizens Alliance.

918     Summary of payments by Vincent Fumo to Ruth Arnao.

918a    Summary of payments by Fumo to Citizens Alliance.

919     March 1, 2002 checks from Exelon to The Citizens Alliance for Better Neighborhoods for $10 million, and for $39,583.33; and handwritten note of Thomas Hill, and January 3-4, 2002 e-mail correspondence between Thomas Hill and Christopher Craig.

920     Tape and transcript of portion of WHYY interview with Fumo on January 29, 2004.

921     Tape and transcript of portion of WPHT interview with Fumo on March 19, 2004.

922     Invoices and payments to Harvey Levin from Citizens Alliance for real estate consulting and appraisal services.

923     January 15, 1999 memorandum from Arnao to Charlie Palumbo (copy to Frank DiCicco) regarding Palumbo's work responsibilities.

924     June 21, 1999 memorandum from Harvey M. Levin, Keystone Appraisal Company, to Fumo (copy to Marrone) entitled "Citizens Alliance for Better Neighborhoods."

925     August 26, 1999 memorandum from Marrone to Arnao (copy to Fumo) entitled "Incubator Cost."

926     September 11, 1999 e-mail from Fumo to Christopher Craig and others (copy to Arnao and Pat Freeland) entitled "Federal form 990 - CONFIDENTIAL."

927     December 1, 1999 memorandum from Christian to James Kenney, Frank DiCicco, and Fumo (copy to Arnao) entitled "Passyunk Avenue."

928     January 18-21, 2000 e-mail exchange between Fumo and Marrone entitled "Charter School."

929     January 29, 2000 e-mail from Fumo to Harvey Levin entitled "Real Estate Listings."

930    January 31, 2000 e-mail from Levin to Fumo entitled "Real Estate Listings / Reply."

931    February 15, 2000 e-mail exchange between Fumo and Marrone entitled "Independence Charter School."

932    February 16, 2000 e-mail exchange between Fumo and Marrone entitled "Charter School Assessment."

933    February 19-20, 2000 e-mail exchange among Fumo, Harvey Levin, and Marrone entitled "900 E. Moy."

934    April 13, 2000 e-mail exchange between Fumo and Marrone entitled "201."

935    April 14-15, 2000 e-mail exchange between Fumo and Marrone entitled "Citizens."

936    May 19, 2000 memorandum from Marrone to Louise, Moore College of Art (copy to DiCicco, Kenney, Arnao) entitled "East Passyunk Avenue."

937    May 21, 2000 memorandum from Jennifer Franklin, Newman Communications to Ruth Arnao and Gary Tuma entitled "Citizens' Alliance," attaching Citizens Alliance for Better Neighborhoods Q&A.

938    June 2, 2000 e-mail exchange between Fumo and Marrone entitled "Tony Lukes."

939    June 12-13, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

940    June 13, 2000 untitled e-mail from Marrone to Fumo.

941    June 13, 2000 e-mail exchange between Fumo and Levin entitled "E. Passyunk Ave."

942    June 12-13, 2000 e-mail exchange between Fumo and Marrone entitled "Independence."

943    June 15-16, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk."

944   Citizens Alliance promissory note dated June 21, 2000 to North Central Philadelphia Basketball League for $60,800, signed by Howard Cain.

945   July 1, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk/201."

946   September 5, 2000 e-mail exchange among Fumo, Arnao, Levin, and Marrone entitled "1735-37 E. Passyunk Ave."

947   September 13, 2000 e-mail exchange between Fumo and Marrone entitled "Citizens Alliance."

948   October 11, 2000 e-mail exchange between Fumo and Marrone entitled "201."

949   October 16-19, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

950   November 9, 2000 untitled e-mail exchange among Fumo, Arnao, and Marrone.

951   November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Police Car."

952   November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Independence Charter School."

953   January 8 and 19, 2001 e-mail exchange between Marrone and Fumo entitled "Club Program."

954   January 9, 2001 e-mail exchange between Marrone and Fumo entitled "Police."

955   January 11-12, 2001 e-mail exchange between Marrone and Fumo entitled "Christopher Columbus Charter."

956   January 24, 2001 e-mail exchange between Marrone and Fumo (copy to Arnao) entitled "Police."

957   January 30, 2001 untitled e-mail exchange among Fumo, Marrone, Arnao, and Levin.

958     January 31, 2001 e-mail exchange between Fumo and Marrone entitled "Independence Charter Construction."

959     February 12, 2001 e-mail exchange between Ed Hanlon and Arnao entitled "$$$$."

960     February 14, 2001 e-mail exchange between Fumo and Harvey Levin (copy to Marrone and Arnao) entitled "1542 E. Pass. Ave."

961     February 22, 2001 e-mail exchange between Fumo and Marrone (copy to Arnao) entitled "dragnet is out for rapist."

962     March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Bio Tech."

963     March 31, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

964     April 28-29, 2001 e-mail exchange between Fumo and Marrone entitled "SR Marketing Program."

965     May 6-7, 2001 e-mail exchange between Fumo and Marrone (copy to Charlie Hoffman and Pat Freeland) entitled "The 'fence' never got a pricey fence."

966     May 6, 2001 Philadelphia Inquirer article entitled "The 'fence' never got a pricey fence."

967     May 22, 2001 e-mail exchange between Fumo and Carl Engelke entitled "Society Hill Civic Association."

968     June 5, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

969     June 19, 2001 e-mail exchange between Fumo and Marrone entitled "Potential Passyunk Purchases."

970     June 22, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk."

971     July 10, 2001 untitled e-mail exchange among Fumo, Arnao, and Marrone.

972    July 30, 2001 e-mail from Carl Engelke to Arnao entitled "$5000 for new Packer Park Civic group."

973    August 9, 2001 e-mail exchange between Marrone and Fumo entitled "ICS."

974    September 21, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Properties."

975    September 27-28, 2001 e-mail exchange between Fumo and Marrone entitled "Office Parking."

976    October 2, 2001 e-mail exchange between Fumo and Marrone entitled "Marshall."

977    October 9, 2001 e-mail exchange between Fumo and Marrone entitled "2nd & Spring Garden."

978    October 16 - November 14, 2001 e-mail exchange among Fumo, Arnao, and Marrone entitled "Parking Lot."

979    Check 323 dated October 26, 2001 from Fumo to Frank DiCicco for $1,700.

980    Check 326 dated November 8, 2001 from Fumo to Frank DiCicco for $2,000.

981    CA Holdings checks 149, 173, 185, and 191 payable to Frank DiCicco.

982    Citizens Alliance and CA Holdings checks to James Kenney between November 2001 and February 2002.

983    November 30, 2001 e-mail from Fumo to Marrone entitled "Parking Lot."

984    November 28-30, 2001 e-mail exchange between Fumo and Marrone entitled "Parking Lot."

985    November 30, 2001 e-mail exchange between Fumo and Marrone entitled "201 Accountant."

986    March 28, 2002 e-mail from Carl Engelke to Arnao entitled "Citizens Alliance," with April 5, 2002 letter from Sprague firm to Citizens Alliance.

987    April 30, 2002 e-mail from Christopher Craig to Arnao entitled "MOLLUS - Loan."

988    May 11-14, 2002 e-mail exchange among Fumo, John Hawkins, Cain, Arnao, and Spagna entitled "Ed ads."

989    July 15, 2002 e-mails from Charlie Hoffman to Arnao, and from Arnao to Spagna, entitled "Sen Kitchen 215 227 6161."

990    August 14, 2002 memorandum from Patty Gilberti to Arnao entitled "Check for Bonnie Lucas."

991    August 26, 2002 e-mail exchange between Fumo and Gary Polimeno entitled "Columbus Day Luncheon," and November 25, 2002 promissory note from Columbus Civic Association to Citizens Alliance for $5,000.

992    August 28, 2002 e-mail from Engelke to Fumo (copy to Arnao) entitled "Packer Park," and August 13, 2002 letter from Stadium Park Neighbors Civic Association to Fumo thanking him for previous support.

993    September 6 and 9, 2002 e-mails between Pauciello and Fumo, and then from Pauciello to Arnao and from Arnao to Spagna entitled "WAM;" and CA Holdings check no. 350 dated September 17, 2002 to Marconi Plaza Bocce Court, for $5,000.

994    October 8, 2002 fax from Frank DiCicco to Arnao entitled "Contribution to Columbus Day Float 2002."

995    November 13, 2002 e-mail from Kim Perez (Pepper) to Art Amelio and Steve Kobasa (copy to Arnao and Lisa Petkun) entitled "Citizens Alliance," and list of officers of Citizens Alliance subsidiaries as of August 15, 2002.

996    Memorandum (in January or February 2003) from Mary Ann Womelsdorf to Arnao entitled "Northern Liberties Arts Association."

997    May 23, 2003 e-mail from Art Amelio to Arnao (copy to Craig and Petkun), and May 27, 2003 e-mail exchange between Spagna and Arnao, entitled "citizens penalty amount;" and Citizens Alliance check no. 1062 dated May 27, 2003 to Pa. Department of State for $2,750.

998    June 24, 2003 e-mail exchange among Arnao, Fumo, and Pat Freeland entitled "extension of the CDC loan payment to Citizens."

999    June 24, 2003 invoice to Mitchell Rubin and Fumo from ADL regarding $5,000 donation.

1000    October 3, 2003 fax from Nick DeBenedictis to Fumo entitled "League of Women Voters Honoring Marge Tartaglione."

1001    December 3, 2003 untitled e-mail exchange between Arnao and Fumo regarding $5,000 contribution for Italian Language Preservation.

1001a    December 21, 2003 untitled e-mail exchange between Fumo and Ken Snyder.

1002    March 2, 2004 check from Arnao to Citizens Alliance for $12,256.53; along with documents from PSECU accounts of Ruth Arnao showing source of the funds ($8,000 transfer from savings on February 26, 2004; and $4,256.53 check from Mitchell Rubin deposited on March 3, 2004).

1003    Minutes for Citizens Alliance Board of Directors meetings on January 29, 2004, and February 26, 2004; and agendas for February 26, 2004, and May 6, 2004 meetings; and schedule of board meetings for 2004.

1004    June 24, 2004 e-mail from Carl Engelke to Arnao entitled "Sprague contract for South Philly work."

1005    Portion of transcript of Harrisburg Patriot-News interview of Fumo, in June 2004, regarding Citizens Alliance investigation.

1006    Portion of transcript of Harrisburg Patriot-News interview of Fumo, in June 2004, regarding his farm.

1007    Minutes for Citizens Alliance Board of Directors meetings on September 9, 2004, December 16, 2004, December 22, 2004 (teleconference), December 30, 2004 (teleconference), January 19, 2005, and February 24, 2005;  and agendas for December 16, 2004, January 19, 2005, and May 5, 2005 meetings; and schedule of board meetings for 2005.

1008    November 24, 2004 untitled e-mail exchange between Arnao and Sue Swett regarding grants.

1009   Reserved.

1010   Compilation of all items on Fumo's PC card which mentioned Citizens Alliance (transcript of e-mails appears in exh. 1010T):

- March 28, 2000 Lisa Petkun memo regarding the tax filing requirements of Citizens Alliance (pages 1-7).

- January 7, 2002 e-mail directing that Citizens Alliance pay for Gross and Carmen's fee to go to Cuba (also part of exhibit 1253) (pages 8-13).

- March 15, 2003 e-mail regarding snow clearing (also exhibit 1113) (page 14).

- December 9, 2004 e-mail to Mayor Street regarding charter school (pages 15-35).

- December 31, 2004 e-mail to Ken Snyder claiming surprise regarding Global's bills (pages 36-37).

- May 5, 2005 e-mail to Pat Freeland telling her to deal with Citizens in resolving parking lot issues (page 38).

- June 15, 2005 e-mail to Ruth Arnao about a terrific idea for Citizens Alliance (page 39).

- August 5, 2005 e-mail to Mark Segal denying that Fumo controls Citizens Alliance (pages 40-44).


Fraud on Citizens Alliance -- Purchases of Consumer Goods

1015   Summary of purchases by Citizens Alliance from tool, hardware, and home improvement vendors.

1015a  Documentation supporting summary presented in exhibit no. 1015.

(Information relevant to the following counts appears at these pages:
Count 72 -- p. 468
Count 73 -- p. 480

Count 74 -- pp. 1401-1403
Count 75 -- p. 13
Count 79 -- p. 1305; see also exh. 1028, pp. 240-45
Count 80 -- pp. 263-66, 442-445; see also exh. 1016a, pp. 66-71; exh. 1028,
    pp. 252-259
Count 86 -- pp. 11-43; see also exh. 1028, pp. 344-352
Count 89 -- pp. 1282-1294; see also exh. 1027, pp. 136-137
Count 90 -- pp. 1395-1396; see also exh. 1028, pp. 427-435)

1015b Index to supporting documents for Exhibit 1015 (summary of tools, etc.).

1016   Summary of purchases of other consumer goods.

1016a Documentation supporting summary presented in exhibit no. 1016.

(Information relevant to the following counts appears at these pages:
Count 77 -- pp. 80-83; see also exh. 1028, pp. 231-239
Count 78 -- p. 108; see also exh. 1027, pp. 69-72
Count 80 -- pp. 66-71; see also exh. 1015a, pp. 263-66, 442-445; exh. 1028,
    pp. 252-259
Count 87 -- p. 46; see also 1027, pp. 123-125)

1016b Summary of purchases by Citizens Alliance for which no details are available.

1017   Summary of payments for purchases at the New Jersey shore.

1018   Charges on Vincent Fumo's personal credit cards, 2001-2003.

1019   Summary of purchases of vacuum cleaners and floor cleaning machines by
       Citizens Alliance.

1019a Pictures of vacuum cleaner given to Dottie Egrie.

1020   Purchase information database created by Spagna for Fumo's purchases, April 15,
       2003.

1021   Handwritten notes regarding Citizens orders from Tool Crib, found in Ruth
       Arnao's office on Feb. 18, 2005.

1022    Chart of goods ordered from Tool Crib, McFeely's, Frontgate, and Duluth Trading Co., found in Ruth Arnao's office on Feb. 18, 2005.

1023    March 14, 1999 e-mail from Fumo to Egrie entitled "Your Order with Amazon.com."

1024    June 12, 1999 untitled e-mail from Fumo to Arnao regarding purchases from Grainger, and related invoice.

1025    January 13, 2001 e-mail from Fumo to Egrie entitled "HI HONEY."

1026    Records produced by Dreifuss & Co., Inc., for period from December 20, 2000 to December 3, 2002.

1027    Discover card records for Ruth Arnao.

> (Information relevant to the following counts appears at these pages:
> Count 78 -- pp. 69-72; see also exh. 1016a, p. 108
> Count 87 -- 123-125; see also exh. 1016a, p. 46
> Count 89 -- pp. 136-137; see also exh. 1015a, pp. 1282-1294)

1027a   Discover card records for David Nelson.

1028    American Express records for Citizens Alliance.

> (Information relevant to the following counts appears at these pages:
> Count 77 -- pp. 231-239; see also exh. 1016a, pp. 80-83
> Count 79 -- pp. 240-45; see also exh. 1015a, p. 1305
> Count 80 -- pp. 252-259; see also exh. 1016a, pp. 66-71; exh. 1015a, pp. 263-66, 442-445
> Count 86 -- pp. 344-352; see also exh. 1015a, pp. 11-43
> Count 90 -- pp. 427-435; see also exh. 1015a, pp. 1395-1396)

1028a   Selected Visa records for Ruth Arnao.

1029    Home Depot credit card records.

1030    2001 bills from Cabinetry by Robert, with note from Lillian to Gina.

1031    January 15, 2001 e-mail from Fumo to Arnao entitled "Frontgate," and catalog page.

1032    April 14-16, 2001 e-mail exchange between Fumo and Arnao, entitled "Tool Crib."

1033    April 15-16, 2001 e-mail exchange between Fumo and Arnao, entitled "Tools."

1034    Sam's Club renewal dated July 24, 2001 for Citizens Alliance.

1035    West Marine purchases paid for by Citizens Alliance on September 6 and November 8, 2001.

1036    August 13, 2002 e-mail from Fumo to Arnao, and August 14, 2002 e-mail from Arnao to Spagna, entitled "Orders," and related documentation of purchases from Jensen Tools (Count 68).

1037    Documentation regarding Duluth Trading Co. order by Citizens Alliance on August 20, 2002, for "Encyclopedia of Country Living" and other equipment; and documentation regarding items purchased (Count 69).

1037a    "Encyclopedia of Country Living."

1038    September 3, 2002 e-mail from Fumo to Arnao, forwarded by Arnao to Spagna, entitled "WEST Marine;" September 20, 2002 MBNA credit card statement for account of Jamie Spagna, listing purchases from West Marine paid by Citizens Alliance; West Marine register detail transactions sheet for purchases totaling $299.50 made on September 16, 2002, for GPS cell caddy, fishing net, spotlight, tools, and other items; American Express statement for Ruth Arnao/Citizens Alliance with closing date October 14, 2002; and CA Holdings check 398 dated October 25, 2002 payable to American Express for $2,516.75.

1039    July 4, 2003 e-mails from Fumo to Arnao, entitled "Grainger" and "Grangers."

1040    Grainger invoices to Citizens Alliance, May 2001 to December 2005.

1041    August 8, 2003 Sam's Club bill for Citizens Alliance membership (for Arnao, F. DiCicco, Cozzo, Nelson, Fumo, and C. Palumbo).

1042    August 26, 2003 e-mail from Fumo to Arnao, entitled "Order," and related
        document from Grainger.

1043    Reserved.

1044    December 17, 2005 e-mail exchange between Steven Marcus and Fumo entitled
        "Tools."


Fraud on Citizens Alliance -- Vehicles for Personal Use and Use of Senate District Office

1050    Summary regarding payments by Citizens Alliance related to vehicles.

1050a   Source of funds for 2000-2003 purchases of Citizens Alliance vehicles for Fumo's
        benefit.

1051    Summary of time period of ownership of Citizens Alliance vehicles listed in
        indictment.

1052    Documentation regarding expenses listed on exhibit 1050 (vehicle summary)
        related to 1993 Chevrolet Suburban.

1052a   Sales brochure for 1993 Chevrolet Suburban.

1053    Documentation regarding expenses listed on exhibit 1050 (vehicle summary)
        related to 1996 Ford Explorer.

1053a   Sales brochure for 1996 Ford Explorer.

1054    Documentation regarding expenses listed on exhibit 1050 (vehicle summary)
        related to 1997 Ford Expedition.

1054a   Sales brochure for 1997 Ford Expedition.

1055    Documentation regarding expenses listed on exhibit 1050 (vehicle summary)
        related to 1998 Ford Ranger.

1055a   Sales brochure for 1998 Ford Ranger.

1056   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to 1999 Ford F-150.

1056a  Sales brochure for 1999 Ford cars and trucks, including F-150 (pages 12 and 13).

1057   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to 2000 Lincoln Navigator.

1057a  Sales brochure for 2000 Lincoln Navigator.

1058   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to 2001 Chrysler Town and Country.

1058a  Sales brochure for 2001 Chrysler Town and Country.

1059   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to 2002 Jeep Wrangler (includes, at pages 4-7, expense described in Count 82).

1059a  Sales brochure for 2002 Jeep Wrangler.

1059b  Photo of yellow Jeep Wrangler taken on or about June 10, 2003.

1060   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to 2003 Cadillac Escalade.

1060a  Sales brochure for 2003 Cadillac Escalade.

1061   Documentation regarding 2005 acquisition of Jeep Grand Cherokee.

1061a  Sales brochure for 2005 Jeep Grand Cherokee.

1062   Documentation regarding expenses paid by Eastern Leasing to Perzan Auto Radio related to unknown vehicles.

1063   Documentation regarding expenses listed on exhibit 1050 (vehicle summary) related to insurance charges (includes item referenced in Count 83, at page 47).

1064   September 15-16, 1999 e-mail exchange between Fumo and Vincent Fumo, Jr. (copy to Arnao and Pauciello) entitled "Floyd."

1065  January 25, 2000 untitled e-mail from Nicole Fumo to Vincent J. Fumo.

1066  January 26, 2000 memo from Rosanne to "All Staff" entitled "Citizens Alliance and other Vehicles."

1067  October 15, 2000 e-mail exchange among Fumo, Luchko, and Coyne entitled "Computers in cars."

1068  October 16, 2000 e-mail exchange between Coyne and Fumo (copy to Podgorski and Luchko) entitled "Modems in Cars."

1069  Margate City police report regarding May 25, 2001 accident.

1070  May 28-29, 2001 e-mail exchange between Fumo and Gina Novelli entitled "Accident."

1071  May 29, 2001 letter from The Hartford to Citizens Alliance and enclosed report of accident.

1072  May 29, 2001 e-mail exchange between Egrie and Arnao entitled "Rome."

1073  May 30, 2001 e-mail exchange between Fumo and Novelli entitled "Van."

1074  May 30, 2001 letter from Gina Cozzi (Novelli) to Margate Police Department, requesting police report.

1075  May 31-June 1, 2001 e-mail exchange between Novelli and Dawn Decker entitled "accident 108 S. Kenyon - Re: YBEACOO105."

1076  June 4, 2001 e-mail exchange between Novelli and Decker entitled "YBEACOO105."

1077  June 6, 2001 Hartford Insurance Group questionnaire answered by Fumo regarding accident.

1078  March 23, 2002 e-mail exchange between Fumo and Don Wilson (copy to Luchko) entitled "Van - GPS."

1079  May 30 - June 3, 2002 e-mail exchange between Fumo and Dan Coyne (copy to Luchko and Wilson) entitled "Wireless."

1080    January 16, 2003 fax from William Penn Insurance Agency, Inc. to Rose Ann at Citizens Alliance re: Automobile Renewal Info.

1081    January 16, 2003 fax from Roseann Anthony to Julie Emplit.

1082    May 12, 2003 fax from Julie Emplit to Jamie at Sen. Fumo's Office re: Auto Premium Breakdown (Count 83).

1083    January 22, 2004 untitled e-mail exchange between Fumo and Stephen Marcus.

1083a   Documentation regarding Palermo purchases of bulldozer and F-150 described in exhibit 1083b (see also exhibits 1140 and 1141).

1083b   Summary regarding purchase by Michael Palermo of Ford F-150 and bulldozer on March 4, 2004.

1084    October 12, 2004 e-mail from Chris DiCicco to Joy Chern, Maria Powers, Lou Leonetti, and David Nelson (copy to Jamie Spagna) entitled "Attendance."


Fraud on Citizens Alliance -- Tasker Street Office Improvements and Cell Phones for Senate Office and Staff

1090    December 8, 1999 memorandum from Fumo to Faber entitled "District Office - 1208 Tasker Street".

1091    Records of the Senate regarding lease of 1208 Tasker Street (includes payment charged in Count 88).

1092    Summary of payments by Citizens Alliance related to 1208-1210 Tasker Street.

1092a   Documentation supporting summary presented in exhibit no. 1092 (includes, at pages 21, 24, invoices described in Count 76).

1093    Summary of cell phone bills paid for by Citizens Alliance.

1093a   Documentation supporting summary of Cingular and Metrocall payments described in exhibit no. 1093 (includes, at page 133, payment described in Count 81).

1093b Documentation supporting summary of Nextel payments described in exhibit no. 1093 (includes, at page 623, payment described in Count 84).

1094   Summary of payments by Fumo for Senate to 1210 Enterprises.

1095   Check dated August 24, 2001 from Frank DiCicco to Citizens Alliance for $100 (memo line: "donation (trash removal 2 wks").

1096   Check dated March 25, 2002 from 1201 Federal Street Investments to Citizens Alliance for $615.68 (memo line: "Inv. 10603 (re-imbursement)").

1097   Undated and untitled e-mail from Arnao to Egrie regarding Egrie's beeper.

1098   Entries for Christian Marrone, David Nelson, Lou Leonetti, and Nicole Fumo in Fumo's phone directory.

1099   March 5, 2004 e-mail exchange among Fumo, Pauciello, Arnao, and Spagna entitled "FFS."


Fraud on Citizens Alliance -- Personal Use of Citizens Alliance's Employees

1105   Summary of trips to shore and Harrisburg area by Citizens Alliance employees (based on toll records, gas records, etc.).

1105a  Summary of toll records.

1105b Documentation supporting summary presented in exhibit nos. 1105 and 1105a.

1106   City of Philadelphia, Department of Streets, Rubbish Collection Days Area Three.

1107   Notices to residents of Margate City, New Jersey from Department of Public Works regarding trash collection requirements.

1108   July 10, 1997 memorandum from Fumo to "All Tenants at 6601 Monmouth Avenue" regarding "Trash."

1109   Violation notice to Fumo from City of Ventnor Code Enforcement dated September 5, 2002, re 6601 Monmouth Avenue.

1110    October 8, 1999 e-mail exchange between Fumo and Vincent Fumo, Jr. (copy to Cozzo, Arnao, and Egrie) entitled "Shore - Dock."

1111    March 16, 2001 e-mail from Lillian Cozzo to Arnao (copy to Fumo) entitled "7108," and documents regarding furniture delivery.

1112    Check no. 1265 dated February 28, 2003 from Fumo to Citizens Alliance for $250 (memo: "Shoveling Pavement (2220)").

1113    March 15, 2003 e-mail from Fumo to Rosanne Pauciello and Arnao entitled "Snow shoveling,"and Pauciello's response.

1114    June 13, 2003 traffic citation issued by Ventnor City police to Charles Palumbo; and CA Holdings check no. 534 dated June 16, 2003, payable to Municipal Court, for $42.

1115    January 27 - February 1, 2005 e-mail exchange among Fumo, Keith Jack, and Sue Skotnicki entitled "Farm progress" (transcript is exh. 1115T).


Fraud on Citizens Alliance -- Bulldozer and Other Farm Equipment

1125    Summary of payments by Citizens Alliance for equipment used and services provided at farm.

1125a   Documentation supporting summary presented in exhibit no. 1125 (includes, at pages 5-20, charges described in Count 85).

1126    June 24, 2003 fax from Sue Swett / Sen. Fumo to Jeff at Valley Ag. on Senate stationary,  "Keep the Gator."

1127    Valley Ag and Turf LLC records showing 2003 purchase of John Deere 6220 tractor, a gator, a loader, a rotary cutter, and a hay wagon, for $69,896, for which Fumo made a down payment of $16,000 (checks for $6,000 and $10,000), and financed the remainder.

1128    July 10, 2003 e-mail exchange between Fumo and Swett entitled "Farm" (transcript is exh. 1128T).

1129   July 21, 2003 invoice regarding sale of bulldozer from Eugene Markel to Citizens Alliance, for $27,000.

1130   July 26, 2003 invoice by Valley Ag & Turf LLC to Dave Griswald.

1130a   July 22, 2003 check from Eugene Markel to Dave Griswald for $13,900.

1131   Invoices from Keith Jack to Citizens Alliance.

1132   Invoices from Northbend Homes and Remodeling to Riverview Farms and Mike Palermo.

1133   Invoices from Northbend Homes and Remodeling to Citizens Alliance.

1134   2005 W-2 & W-3 regarding payments from Riverview Farm LLC to Lewis "Keith" Jack.

1135   November 12, 2003 e-mail from Keith Jack to Fumo (copy to Palermo) entitled "dozer."

1136   November 16, 2003 Philadelphia Inquirer article entitled "$11 million to Fumo nonprofit."

1137   Riverview Farm LLC check 1050 dated November 19, 2003, payable to Citizens Alliance for $3,000

1138   December 9, 2003 untitled e-mail from Swett to Arnao, asking for $16,000 check for repair of bulldozer (Count 98).

1139   March 4, 2004 invoice regarding sale of bulldozer from Citizens Alliance to S. Michael Palermo; and S. Michael Palermo check no. 1711 dated March 4, 2004, payable to Citizens Alliance for $25,000 with memo "bulldozer."

1140   M.P. Consulting check no. 1064 dated May 10, 2004, payable to Citizens Alliance for $2,000 with memo "bulldozer."

1141   M.P. Consulting check no. 1070 dated May 17, 2004, payable to Citizens Alliance for $2,155 (memo: "for Polaris 500").

- 78 -

1142   December 3, 2003 e-mail from Fumo to Dottie Egrie entitled "Farm pix," and attached photographs.

1142a Enlargements of portions of photographs included in exhibit 1142.


Fraud on Citizens Alliance -- Political Polling

1150   Summary of polls and related campaign expenses paid by Citizens Alliance.

1150a Summary of payments by Citizens Alliance to Kiley & Company and Global Strategy Group.

1150b Summary of polling and related payments by type of campaign.

1151   September 11, 2000 e-mail from Carl Engelke to Arnao entitled "Check for Stack poll."

1152   Report of Pennsylvania Department of State regarding payments by Fumo for Senate to Global Strategy Group, 1998 through 2006.

1153   March 14, 2002 invoice (faxed on March 15, 2003) from Kiley & Co. to Citizens Alliance for $28,000; Citizens Alliance check no. 1185 dated April 3, 2002, payable to Kiley & Co. for $28,000 (Count 91).

1154   March 19, 2002 invoice (faxed on April 3, 2002) from Kiley & Co. to Citizens Alliance for $16,800; Citizens Alliance check 1190 dated April 26, 2002 for $16,800 to Kiley & Co. (Count 92).

1155   Polling Results and Report entitled "A Survey of Attitudes in Four Proposed City Council Districts in Philadelphia," March 2002, by Kiley & Co.

1156   Polling Results and Report entitled "A Survey of Attitudes Among Philadelphia Voters," March 2002, by Kiley & Co.

1157   March 18, 2002 Federal Express receipt regarding shipment from Tom Kiley, Kiley & Company Inc., 667 Boylston St Fl 5, Boston, MA 02116, to Ken Snyder, 390 Shelbourne Lane, Phoenixville, PA 19460.

1158   March 21, 2002 memorandum Kiley & Co. to Concerned Parties regarding "Key Conclusions from City Council Surveys."

1159   April 9, 2002 Federal Express invoice regarding shipment on April 3, 2002 from Ruth Arnao, 1208 Tasker St., Philadelphia, PA, to Tom Kiley, Kiley & Company, 667 Boylston St., Boston, MA (Count 66).

1160   May 7, 2002 Federal Express invoice regarding shipment on April 26, 2002 from Ruth Arnao, 1208 Tasker St., Philadelphia, PA to Tom Kiley, Kiley & Company, 667 Boylston St., Boston, MA (Count 67).

1161   May 25, 2002 memorandum from Tom Kiley and Matthew Shelter to Fumo and Ken Snyder entitled "Key Survey Conclusions."

1162   Democratic State Senate Campaign Committee check no. 3651 dated February 22, 2001, for $15,320 to Global Strategy Group, Inc.

1163   Records (including checks, invoices, memoranda, polls, and results) related to payments to Global Strategy Group:

   a.  "Payment No. 3" -- May 31, 2002 payment of $16,950.

   b.  "Payment No. 4" -- August 29, 2002 payment of $34,250.

   c.  "Payment No. 5" -- September 20, 2002 payment of $10,000.

   d.  "Payment No. 6" -- October 18, 2002 payment of $5,500.

   e.  "Payment No. 7" -- October 25, 2002 payment of $15,500.

   f.  "Payment No. 8" -- February 7, 2003 payment of $39,899.47.

   g.  "Payment No. 9" -- September 12, 2003 payment of $33,536.

   h.  "Payment No. 10" -- October 3, 2003 payment of $54,124.91.

1164-1167     Reserved.

1168   August 16-19, 2002 e-mail exchange between Jefrey Pollock and Juana Rojas entitled "collections."

1169     December 11, 2002 e-mail from Howard Cain to Jefrey Pollock entitled "Hanssens Bio."

1169a    December 12, 2002 e-mail from Howard Cain to Jefrey Pollock entitled "APPROVAL?"

1170     CA Holdings General Ledger as of December 31, 2002, with Global Strategies entries on May 31, September 20, and October 18, 2002; and attached portion of Form 1120 in which expenses are reported as "Community Development Consulting."

1171     February 5, 2003 fax from Global Strategy Group, Inc. to Citizens Alliance, including statement for balances due totaling $39,899.47 (Count 96).

1172     April 21, 2003 untitled e-mail from Ken Snyder to Jefrey Pollock and Howard Cain (copy to T. Walsh at Strategy Group).

1172a    May 6, 2003 e-mail from Ken Snyder to Jefrey Pollock entitled "Re: FW: fumo."

1173     September 9-10, 2003 untitled e-mail exchange between Ken Snyder and Jefrey Pollock.

1173a    September 22, 2003 e-mail from Ken Snyder to Jefrey Pollock entitled "Tis the Season."

1174     September 10, 2003 fax of invoices from Global Strategy Group (Count 97).

1175     September 2, 2003 e-mail from Snyder to Jef Pollock entitled "27th SD Poll."

1176     E-mail exchange from September 12 to October 17, 2003 between Pollock and Snyder regarding polls and Citizens Alliance's payments.

1176a    September 26, 2003 e-mail exchange between Fumo and Snyder (copy to Cain) entitled "From DN (and me)."

1176b    September 30, 2003 e-mail exchange between Fumo and Snyder (copy to Cain) entitled "poll results for 10th district."

1177     November 24, 2003 e-mail exchange between Snyder and Pollock entitled "payment."

- 81 -

1178    January 22, 2004 e-mail exchange between Snyder and Pollock entitled "who's paying for lawless?"

1179    March 24, 2004 untitled e-mail exchange between Arnao and Snyder regarding Global Strategy invoices.

1179a   March 29, 2004 e-mail exchange between Snyder and Pollock entitled "Citizens Alliance,"and Fed Ex shipment confirmation e-mail dated March 31, 2004.

1180    September 14, 2004 Grand Jury Subpoena to Global Strategy Group.

1181    September 28, 2004 e-mail exchange between Pollock and Snyder entitled "In harrisburg today."

1182    December 13, 2004 fax of a draft letter to Global Strategy Group from Arnao (prepared and faxed by Sprague and Sprague to Jeh Johnson., Esq.).

1183    Summary of receipts and expenditures of Committee for a Democratic Majority, 2002-2006 (not including December 2004).

1183a   Summary of checks to Committee for a Democratic Majority in December 2004.

1183b   Documentation supporting summary presented in exhibit 1183a.

1184    Records of Hudson United Bank regarding account of Committee for a Democratic Majority, changing the signator on the account from Arnao to MaryAnn Quartullo, December 6, 2004.

1185    Committee for a Democratic Majority check no. 260 dated December 31, 2004, for $215,161.11 payable to CA Holdings.

1186    December 26-31, 2004 e-mail exchange between Snyder and Fumo entitled "Calloway poll."

1187    May 17, 2005 e-mail from Snyder to Pollock entitled "can you fedex this check before weds pls?"

Fraud on Citizens Alliance -- Jubelirer Lawsuit

1195  October 12, 2001 letter from John A. Lawless to Gerald C. Grimaud requesting representation.

1196  October 15 and 17, 2001 engagement letters from Gerald C. Grimaud, Esq. to John A. Lawless, Chuck Pascal, and Joseph H. Widemer.

1197  October 16, 2001 e-mail from Grimaud to Christopher Craig, Lawless, and Pascal entitled "Lt. Gov. Jubelirer."

1198  Citizens Alliance check no. 1167 dated October 17, 2002, for $20,000 payable to Venture Analysis; and deposit slip for account of Venture Analysis at First Union.

1199  October 17, 2001 Complaint in John Lawless, et al. v. Robert Jubelirer.

1200  November 21, 2001 Brief of State Senator Vincent J. Fumo, *Amicus Curiae*, In Opposition to Preliminary Objections, in Lawless v. Jubelirer.

1201  Citizens Alliance General Ledger as of December 31, 2001, including classification of $20,000 payment to Venture Analysis as a loan.

1202  Venture Analysis check no. 3312 dated October 19, 2001, for $17,000 payable to Gerald Grimaud, Esq., and mailing envelope.

1203  January 29, 2002 letter from Lawless to Grimaud stating willingness to appeal.

1204  October 11 and 12, 2001, and January 2, 2002 telephone messages for Gerald Grimaud from Christopher Craig, and Grimaud's handwritten notes.

Fraud on Citizens Alliance -- Ventnor Dunes Project

1210  Summary of payments by Citizens Alliance related to Ventnor Dunes.

1211  Reserved.

1212  Articles of Incorporation of the Riparian Defense Fund, Inc., filed with the Commonwealth of Pennsylvania, Department of State, May 7, 2001.

1213   July 9, 2001 untitled e-mail exchange between Fumo and Arnao (copy to Egrie), regarding meeting with Mark Miller.

1214   August 7, 2001 e-mail exchange between Fumo and Ken Snyder (copy to Egrie) entitled "Dune."

1215   October 10, 2001 letter from the Internal Revenue Service the Riparian Defense Fund, Inc.

1216   October 12, 2001 invoice for $300 from BonData to Carl Engelke, Sen. Fumo's District Office, for a detailed map of Ventnor, New Jersey, with notation regarding payment by Citizens Alliance check no. 128.

1217   October 28-30, 2001 e-mail exchange between Fumo and Craig (copy to Arnao and Egrie) entitled "NJ 501(c)(3)."

1218   November 12, 2000 e-mail exchange between Marc Miller and Fumo entitled "D.U.N.E."

1219   January 19, 2001 memorandum from Christopher Craig to Marc Miller entitled "Non-profit Corporate Organization."

1220   January 24, 2001 e-mail exchange between Craig and Miller entitled "non profit."

1221   March 14, 2001 e-mail exchange among Craig, Herbert Cook, and others entitled "Riparian Defense Fund."

1222   June 13, 2001 letter from Marc Miller to Christopher B. Craig, Esq. regarding Riparian Defense Fund, Inc.

1223   July 23, 2001 overnight letter from Craig to Miller regarding New Jersey Registration Form.

1224   Invoices from Pepper Hamilton LLP to Citizens Alliance regarding Riparian Defense Fund, Environmental Awareness Fund, Inc., and Downbeach Community Development, Inc., dated March 2001 through September 2002.

1225   June 11, 2001 application to the IRS for 501(c)(3) tax exemption for the Riparian Defense Fund, Inc.

1226    Citizens Alliance check no. 1124 dated July 25, 2001, for $30,000 payable to Environmental Defense Fund for "study," and record showing deposit of check in Fleet Bank account of The Riparian Defense Fund, Inc.

1227    November 11, 2001 handwritten letter from Marc Miller to Christopher Craig, with attached statements and checks.

1228    November 26, 2001 e-mail from Fumo to Christopher Craig entitled "Downbeach CDC."

1229    November 29, 2001 e-mail exchange between Fumo and Craig (copy to Egrie) entitled "Downbeach."

1230    December 5, 2001 e-mail from Petkun to Arnao (copy to Kim Perez) entitled "billing matters."

1231    February 23, 2002 e-mail exchange between Craig and Miller entitled "non profit."

1232    June 17, 2002 e-mail exchange between Arnao and Fumo, followed by correspondence to Pepper Hamilton, entitled "riparian defense fund" (Count 94).

1233    September 3, 2002 e-mail exchange between Fumo and Craig entitled "Dottie & Downbeach."

1234    September 16, 2002 fax and letter from Paula Johnson to Christopher Craig regarding "NJ Dunes Project/Fumo."

1235    Three color postcards printed by Kennedy Printing regarding November 5, 2002 election.

1236    Flyer -- "Top 8 Reasons to Vote NO on the Dunes Project!" -- in Spanish and English, printed by Kennedy Printing.

1237    October 7, 2002 Federal Express Shipping History regarding package with tracking number 790098972375 from Kennedy Printing Company, Philadelphia, PA to Bill Green, Sheinkopf Communications, 379 W. Broadway, New York, NY (Count 71).

1238a October 16, 2002 Kennedy Printing Co. invoice 8162 to Ventnor Dunes Project,
attn: Ruth, and attached CA Holdings check no. 394 dated October 18, 2002
payable to Kennedy Printing for $2,341.

1238b October 21, 2002 Kennedy Printing Co. invoice 8162 to Ventnor Dunes Project,
attn: Ruth, and attached CA Holdings check no. 408 dated October 25, 2002
payable to Kennedy Printing for $2,341.

1238c October 24, 2002 Kennedy Printing Co. invoice 8241, and October 25, 2002
invoice 162, both to Ventnor Dunes Project, attn: Ruth, and CA Holdings check
no. 417 dated November 1, 2002 payable to Kennedy Printing for $2,372.08.

1238d November 4, 2002 statement from Kennedy Printing Co. to Ventnor Dunes
Project,
attn: Ruth, and CA Holdings check no. 426 dated November 12, 2002 payable to
Kennedy Printing for $2,341.

1239   November 7, 2002 e-mail exchange between Fumo and "Kelly" entitled "hello"
(transcript is exh. 1239T).

1240   Photographs of Margate beach, taken on November 2, 2006.


Fraud on Citizens Alliance -- Cuba Trips

1250   Summary of Cuba trips paid for by Citizens Alliance.

1250a Documentation supporting summary presented as exhibit 1250.

1251   November 10, 2001 memorandum from Albert A. Fox, Jr. to delegation regarding
Cuba trip on November 17-20, 2001.

1252   January 3, 2002 e-mail from Fumo to Arnao entitled "Contribution."

1253   January 7-8, 2002 untitled e-mail exchange between Fumo and Arnao regarding
$10,000 to Al Fox, and invitation of Carmen and Bob Gross to Cuba.

1254   Undated letter from Albert Fox, Jr. to Gerald Catania inviting him to travel to
Cuba from September 27-29, 2002.

1255  September 20, 2002 fax from Arnao to Al Fox enclosing copy of DiCamillo's passport (Count 95).

1256  October 1, 2002 Federal Express invoice regarding shipment on September 26, 2002 from Jamie Spagna, 1208 Tasker Street, Philadelphia, PA to Al Fox, Alliance for Responsible Cuba, 1501 M Street NW Suite 700, Washington, D.C. 20005 (Count 70).

1257  September 25, 2002 memorandum from Albert A. Fox, Jr. to delegation regarding September 26-29, 2002 trip to Cuba.

1258  Portion of American Express statement of Carmen DiCamillo regarding trip to Florida.


Fraud on Citizens Alliance -- Bristol Township War Dog Memorial

1265  November 3, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk/Demo."

1266  May 23, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1267  June 4, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1268  July 5, 2001 e-mail exchange among Fumo, Marrone, Vanessa DeSalvo, M. Casey, Chris Osborne, and Arnao entitled "Verducci - Bucks Co. fund raiser."

1269  July 17, 2001 e-mail exchange between Fumo and Marrone entitled "Bucks Cty."

1270  September 18-19, 2001 e-mail exchange between Marrone and Fumo entitled "Bucks Cty."

1271  November 1, 2001 e-mail exchange between Fumo and Marrone entitled "Fountains."

1272  November 9, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1273  November 14, 2001 e-mail exchange between Fumo and Marrone entitled "Statute" (transcript is exh. 1273T).

1274   CA Holdings check no. 144 dated November 15, 2001, payable to Bristol Township PA Wardog Mem Fund for $50,000.

1275   Photographs of War Dog Memorial.


Fraud on Citizens Alliance -- Other Expenditures by Citizens Alliance

1280   March 5, 2002 e-mail exchange between Fumo to Arnao entitled "Christian."

1281   Real Estate 3 Corp. check no. 212 dated March 6, 2002, payable to Christian Marrone for $4,000.

1282   Real Estate Property Two, Inc. check no. 231 dated March 6, 2002, payable to Christian Marrone for $4,000.

1283   Christian P. Marrone check no. 472 dated March 7, 2002, payable to Dan Coyne for $4,000.

1284   November 10, 2002 invoice from DPC Consulting to CA Holdings for computer consulting services for $3,000, and CA Holdings check no. 427 dated November 13, 2002, payable to Dan Coyne for $3,000 with memo "Consulting Fees."


Fraud on Citizens Alliance -- Other Exhibits

1290   Photographs of premises of Citizens Alliance, and of Green Machine.

1291   Photograph of Senate district office, 1208 Tasker Street, Philadelphia.

1292   Photograph of parking lot at 12th and Tasker Streets, northeast corner.


CONSPIRACY TO OBSTRUCT THE INTERNAL REVENUE SERVICE AND FILING OF FALSE TAX RETURNS -- COUNTS 99-103

1300   Summary of false items on 2002 tax returns.

1301   Citizens Alliance 990 for 1991 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1302   Citizens Alliance 990 for 1992 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1303   Citizens Alliance 990 for 1993 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1304   Citizens Alliance 990 for 1994 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1305   Citizens Alliance 990 for 1995 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1306   Citizens Alliance 990 for 1996 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1307   Citizens Alliance 990 for 1997 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1308   Citizens Alliance 990 for 1998 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1309   Citizens Alliance 990 for 1999 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1310   Citizens Alliance 990 for 2000 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1311   Citizens Alliance 990 for 2001 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1312   Citizens Alliance 990 for 2002 and attachments, including 2003 board ratification of all transactions reported on the Form 990.

1313   Citizens Alliance Form 990 for 2002, signed by Ruth Arnao (Counts 100-101).

1314   2002 Instructions for Form 990.

1315  2002 Form 1120 U.S. Tax Return for CA Holdings, Inc. (Counts 102-103).

1316  2003 Form 1120 U.S. Tax Return for CA Holdings, Inc.

1317  Undated memorandum from Fumo to Ken Snyder regarding Citizens Alliance funding sources.

1318  June 29, 1996 memorandum from Ron Beckman to Fumo regarding exempt organizations.

1319  August 15, 1996 letter from Ron Beckman to Christopher Craig regarding "For Profit Subsidiaries of Non Profit Corporations."

1320  February 4, 1997 notes regarding Citizens Alliance meeting involving Arnao and Roseann Anthony.

1321  November 12, 1997 letter from Ronald J. Beckman to Arnao regarding delinquency of 1992-1996 Forms 990 of Citizens Alliance.

1322  Audited financial statements for Citizens Alliance, July 1, 1998 to June 30, 2001, provided in connection with DCED grant.

1323  Draft of letter from Arnao to Goldenberg Rosenthal LLP entitled "Comments Concerning Draft Financial Statements."

1324  Drucker accountants' notes regarding audit of Citizens Alliance regarding 1998 expenditures.

1325  October 7, 1998 fax from Beckman to Arnao presenting questions on Citizens Alliance finances.

1326  December 7, 1998 fax from Rhonda Goldberg to Beckman regarding pre-audit issues for discussion.

1327  June 5, 1999 e-mail exchange between Fumo and Beckman (copy to Arnao and Jane Fumo) entitled "Citizens Alliance."

1328  June 17, 1999 letter from IRS to Citizens Alliance acknowledging receipt of request for tax-exempt status.

1329  August 13, 1999 letter from IRS to Citizens Alliance granting exemption from federal income tax.

1330  September 11, 1999 e-mail from Fumo to Craig and others (copy to Arnao and Pat Freeland) entitled "Federal form 990 - CONFIDENTIAL."

1331  April 14, 2000 letter from Elliott A. Roth, Goldenberg Rosenthal to Sandy Leopold, Office of Senator Fumo (copy to Arnao), attaching Independent Accountant's Report on Applying Agreed-Upon Procedures.

1332  November 13, 2002 e-mail from Lisa Petkun to Arnao (copy to Fumo and Kobasa) entitled "related party disclosures."

1333  Audit workpaper prepared by Art Amelio adjusting journal entries.

1334  May 6, 2003 e-mail from Steven Kobasa to Arnao (copy to Fumo) entitled "Polling?????"

1335  Stockton Bates audit workpaper for 2002 audit of Citizens Alliance, reflecting receipt of response to May 6, 2003 e-mail requesting information regarding polls.

1336  Handwritten memorandum dated December 31, 2003 regarding meeting of Arnao, Amelio, and Kobasa regarding Global Strategies and other issues.

1337  Handwritten CA Holdings workpaper dated December 31, 2003, setting up account receivable for $87,660.91 for Global Strategies invoices.

1338  Handwritten Passyunk Ave. Revitalization worksheet dated December 31, 2003, showing accounts receivable adjusted balance of $66,700.

1339  Handwritten Citizens Alliance workpapers dated December 31, 2003, regarding Global Strategies receivables and reimbursement.

1340  March 27, 2004 e-mail from Amelio to Kobasa entitled "hi tech 2003 bs is," with handwritten note dated November 30, 2004.

1341  October 26, 2004 e-mail exchange between Joseph Lundy and Steve Kobasa (copy to Amelio) entitled "CABN 2003 Form 990 and Related Matters."

1342  November 12, 2004 letter from Steven J. Kobasa to Arnao regarding why the 2003 Form 990 remained incomplete.

1343  November 9, 2004 draft cover letter of Stockton Bates, LLC Independent Auditors' Report for Citizens Alliance as of December 31, 2003.

1344  December 7, 2004 untitled e-mail exchange among Fumo, Arnao, Geoffrey Johnson, and Kobasa regarding late 990 filing and likely fine.

1345  December 23, 2004 letter from Arnao, on behalf of CA Holdings, to Fumo for Senate Committee, regarding "Reimbursement for Polling Services."

1346  2004 Form 4720 (Return of Certain Excise Taxes on Charities and Other Persons) Instructions and Form.

1347  January 17, 2005 e-mail from Joseph Lundy to Amelio (copy to Kobasa) entitled "CABN/IRS Form 990."

1348  January 19, 2005 memorandum to file regarding discussion with Joseph Lundy.

1349  January 25, 2005 e-mail from Amelio to John Gallagher entitled "citizens points."

1350  January 27, 2005 e-mail from Art Amelio to Joseph Lundy entitled "citizens 990."

1351  January 28, 2005 e-mail from Lundy to Amelio entitled "CABN/2003 Form 990."

1352  January 31, 2005 e-mail from Lundy to Amelio entitled "CABN/2003 Form 990."

1353  February 3, 2005 letter from Amelio to Arnao entitled "Summary of February 1, 2005 Meeting Between Ruth Arnao, Steve Kobasa, and Art Amelio."

1354  February 11, 2005 notes of meeting of Arnao, Kobasa, and Amelio.

1355  March 14, 2005 letter from Steven Kobasa to Arnao, enclosing amended tax returns for CA Holdings, Inc. and subsidiary for 2002 and 2003.

1356  May 6, 2005 letter from Amelio to Lundy, regarding polling and other issues of concern with respect to 2003 Form 990.

1357    May 17, 2005 letter from Lundy to Amelio, entitled "Citizens Alliance for Better Neighborhoods."

1358    Undated letter from Arthur Amelio to Joe Lundy enclosing draft 2003 management representation letter, dated June 16, 2005, for Citizens Alliance.

1359    June 16, 2005 letter from Amelio to Arnao, attaching letter to Sprague and Sprague, Pepper Hamilton, and Cozen & O'Connor, seeking information concerning outstanding legal claims against Citizens Alliance.

1360    June 28, 2005 memorandum from Fumo and Pauciello to Steve Kobasa entitled "new firm."

1361    July 19, 2005 e-mail from Lundy to John Gallagher and Amelio (copy to Bill Winning) entitled "Citizens Alliance / Draft 2003 IRS Form 990 and Related," and attached letter to Gallagher.

1362    August 17, 2005 letter from Gallagher to Lundy, regarding "Citizens Alliance for Better Neighborhoods (CABN) / 2003 IRS Form 990."

1363    September 12, 2005 letter from John Gallagher to Arnao (copy to Lundy), regarding resignation of Stockton Bates as outside auditors for Citizens Alliance.

1364    Excerpt from Stockton Bates workpapers analyzing internal controls of Citizens Alliance.

1365    Stockton Bates workpaper for 2003 audit of Citizens Alliance titled: "Inquiries of Management and Others about the Risks of Fraud for a Nonprofit Organization Audit."

1366    February 3, 2004 letter to Citizens Alliance for Better Neighborhoods from Stockton Bates, LLP describing services to be provided for the year ended December 31, 2003.

1367    Signature of Albert Mezzaroba.

FRAUD ON THE INDEPENDENCE SEAPORT MUSEUM -- COUNTS 104-108

Yacht Trips

1370   Summary of expenditures for yacht trips.

1370a Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to May 24, 1996, use of *Enticer* in Florida.

1370b Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 7-8, 1996, use of *Principia* in Massachusetts.

1370c Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to February 28, 1997, use of *Enticer* in Florida.

1370d Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 12-13, 1997, use of *Principia* in Massachusetts.

1370e Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 16-17, 1998, use of *Principia* in Massachusetts.

1370f Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to February 21, 1999, use of *Enticer* in Florida.

1370g Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 7-10, 1999, use of *Principia* in Massachusetts.

1370h Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to February 21, 2000, use of *Enticer* in Florida.

1370i Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 10-13, 2000, use of *Enticer* in Massachusetts.

1370j Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 12-14, 2001, use of *Sweet Distraction* in Massachusetts.

1370k Documentation regarding expenses listed on exhibit 1370 (yacht summary) related
      to August 20-22, 2002, use of *Enticer* in Massachusetts (includes Enticer Corp.
      bank statement charged in Count 104 (pages 10-14); and Citibank credit card
      statement charged in Count 105 (page 27)).

- 94 -

1370*l*  Documentation regarding expenses listed on exhibit 1370 (yacht summary) related to August 10-14, 2003, use of *Enticer* in Massachusetts (includes Enticer Corp. bank statement charged in Count 106 (pages 13-15); and fax charged in Count 108 (pages 7-8)).

1371  Summary of payments by Fumo to Independence Seaport Museum.

1372  Map of New England area.

1373  Independence Seaport Museum Ethics Statement, dated December 10, 1996.

1374  Reserved.

1375  Reserved.

1376  August 27, 1997 memorandum from John Carter to Business Office entitled "Principia Charters."

1377  September 29, 1998 memorandum from John Carter to K. Cronin entitled "Principia," and fax cover sheet.

1378  Reserved.

1379  Reserved.

1380  Reserved.

1381  Reserved.

1382  July 22, 1999 e-mail from Fumo to Egrie entitled "Good morning Honey."

1383  August 3-4, 2000 untitled e-mail exchange between Egrie and Arnao.

1384  May 13, 2001 e-mail from Fumo to Arnao entitled "Photo album."

1384a  First grand jury subpoena served on the Independence Seaport Museum for records regarding the usage and charters of *Enticer*.

1385  March 17, 2004 Philadelphia Inquirer article entitled, "FBI probes Fumo's use of yacht."

1385a September 12, 2001 letter from John Carter to Fumo regarding charter on *Sweet Distraction*.

1386 Vincent J. Fumo (First Penn Bank account) check no. 704 dated April 15, 2004, payable to Enticer Corp. for $13,375.

1387 April 16, 2004 memorandum from John Carter to Carol regarding Fumo payment for *Sweet Distraction*.

1388 July 31, 2001 e-mail exchange among Steve Marcus, Fumo, Cozzo, Arnao, and Egrie entitled "Wed."

1389 Photograph of *Sweet Distraction*.

1390 Yacht Log for *Enticer*, August 2003.

1391 August 12, 2003 fax from Priscilla Yacht Management to John Carter re: Enticer Update (Count 107).

1392 March 18, 2003 letter from John Carter to John Meigs regarding charters.

1392a Commercial charter agreements for John Meigs for June 9, 2003 and June 10, 2003 charters of the Enticer, two checks from Saul Ewing totaling $2,100 as partial payment for the charters.

1393 May 7, 2003 letter from John Meigs to John Carter regarding "Enticer Cruise."

1394 April 2, 2004 letter from Carol Ann Burkert to John Meigs enclosing commercial charter agreement for *Enticer*.

1395 April 13, 2004 letter from John Meigs to John Carter regarding "Enticer Cruise," and enclosing commercial charter agreements and deposits.

1396 April 29, 2004 letter from John Meigs to John Carter regarding "Enticer Cruise," and enclosed payments of balance due.

1397 May 19, 2004 resolution of ISM board regarding use of Enticer.

1398 Philadelphia Inquirer article, "Museum hired yacht for Fumo," July 11, 2004.

1399  *Enticer* promotional brochure, including CD.

1400  Photograph of *Principia*.

1401  Photographs of Vincent Fumo, Dorothy Egrie, Ruth Arnao, Mitchell Rubin, Jerry Catania, and Anna Catania taken in and around Martha's Vineyard, Massachusetts.

1402  Documentation relating to commercial charter of Enticer by Peter McCausland on December 30, 1999, including commercial charter agreement and check for $5,080.13 from McCausland.


Independence Seaport Museum -- Other Transactions

1410  Summary entitled "Work Billed to ISM,"created by Mark Sutherland, dated January 11, 2007.

1411  March 22-29, 2001 e-mail exchange between John Correa and Fumo (blind copy to Carter) entitled "Half Model."

1412  March 29-30, 2001 e-mail exchange between Fumo and John Carter entitled "picnic boat."

1413  February 1, 2002 invoice from Mark Sutherland to John Carter regarding deposit of $5,000 for Enticer half-hull models.

1414  Enticer accounts payable form for Mark Sutherland for $5,000 for February 1, 2002 invoice.

1415  Enticer Corporation check 0958 dated February 11, 2002, payable to Mark Sutherland for $5,000.

1416  April 17, 2002 letter from Mark Sutherland to John Carter re completion of Enticer work and balance due of $5,000.00.

1417  Enticer accounts payable form for Mark Sutherland for $5,000 for April 17, 2002 invoice.

1418  April 19, 2002 invoice of Mark Sutherland to ISM for two models of "888," for $10,000, balance due $5,000.

1419    Enticer Corporation check 0974 dated April 22, 2002, payable to Mark Sutherland for $5,000.

1420    January 8, 2003 invoice from Mark Sutherland to John Carter for $3,600 for two models of Enticer.

1421    Enticer accounts payable form for Mark Sutherland for $3,600 for January 8, 2003 invoice for $3,600.

1422    Enticer Corporation check 1152 dated January 24, 2003, payable to Mark Sutherland for $3,600.

1423    Citizens Alliance check no. 1238 dated October 21, 2003, for $10,000 payable to Independence Seaport Museum with memo "Grant."

1424    October 21, 2003 letter from Arnao to John Carter regarding $10,000 grant from Citizens Alliance.

1425    ISM check no. 23279 dated October 24, 2003 for $10,000 payable to Reese Palley.

1426    February 2004 agreement between John Stobart and Reese Palley regarding Palley's fee for finding buyer of Stobart painting; and agreement between CA Real Property Six, Inc. and MHP Enterprises, Inc. regarding painting of *Gazela*.

1427    Summary of Citizens Alliance payments for painting of *Gazela*.

1427a   Documentation supporting summary presented as exhibit no. 1427.

1428    May 13, 2004 e-mail from Reese Palley to Sandra Heaphy entitled "Stobart painting."

1429    June 8, 2004 letter from Heaphy to Arnao regarding "Stobart painting/publicity."

1430    November 2, 2004 untitled e-mail from Arnao to Heaphy and Palley regarding receipt of painting.

1431    Photo of *Gazela* painting.

1432    February 5, 2005 e-mail from Reese Palley to Fumo entitled "Airplanes + Expenses."

OBSTRUCTION OF JUSTICE -- COUNTS 109-141

Obstruction of Investigation

1440   Slideshow presented by D. Justin Price.

1441   Summary of computer equipment examined.

1442   Reserved.

1443   Vincent Fumo's PC card structure.

1444   July 27, 1994 memorandum from Alex Hollander, SDCS, to Fumo entitled "Addressing the security concerns of transmitting data across common telephone lines."

1445   December 17, 1999 document entitled "New Backup Plan."

1446   July 27-31, 2000 e-mail exchange between Luchko and Jim Magdych (PGP) entitled "Carnivore;" forwarded to Coyne, Podgorski, Colosimo, Fumo, Don Brovero, Charlie Hoffman; and August 1, 2000 reply to all by Coyne.

1447   August 6, 2000 e-mail exchange between Fumo and Coyne (copy to Luchko and Podgorski) entitled "CPDC."

1448   Message modified August 16, 2000, from Leonard Luchko regarding required deletion of e-mails from Fumo and of replies to his e-mails.

1449   April 27-29, 2001 e-mail exchange between Fumo and Coyne entitled "URGENT - LOST DATA."

1450   March 23-25, 2002 e-mail exchange between Luchko and Eister entitled "Query on Server."

1451   March 26-27, 2002 e-mail exchange between Luchko and Eister entitled "email accounts."

1452   September 24, 2002 e-mail exchange between Luchko and Coyne (copy to Fumo) entitled "Card Backup."

1453    September 24, 2002 e-mail exchange between Luchko and Coyne entitled "Card Email."

1454    Grand jury subpoenas to financial institutions and credit reporting agency, regarding Citizens Alliance and Ruth Arnao, issued between February 20, 2003 and March 4, 2003.

1455    October 17, 2003 e-mail from Luchko to Eister and Donald Wilson (copy to Fumo) entitled "BlackBerry Email Storage."

1456    November 21, 2003 untitled e-mail exchange between Swett and Liz Craig.

1457    Philadelphia Inquirer article, "Peco says it did give to Fumo nonprofit, but not how much," November 23, 2003.

1458    November 23, 2003 untitled e-mail exchange among Fumo, Snyder, and Craig (copy to Arnao, Pauciello, and Tuma) regarding commingling of employees of Fumo for Senate, Citizens Alliance, Senate staff, and Fumo's bank.

1459    Column by Tom Ferrick, Jr. in Philadelphia Inquirer, November 23, 2003, entitled "Fumo's nonprofit warrants scrutiny," referred to in exhibit 1458.

1460    December 1, 2003 e-mail exchange between Luchko and Eister entitled "FYI."

1461    December 1, 2003 e-mail from Luchko to 24 members of Fumo's staff and Senate contractors in Philadelphia (copy to Fumo) entitled "FYI" (Count 110), and subsequent e-mail exchange between Luchko and Arnao.

1462    December 1, 2003 e-mail from Luchko to Phil Press entitled "Mail."

1463    December 19, 2003 e-mail exchange between Christopher Craig and Ken Snyder entitled "First AP story."

1464    December 21, 2003 e-mail exchange among Fumo, Gary Tuma, Ken Snyder, and Christopher Craig (copy to numerous staff members) entitled "this sure looks like Perzel is going to launch aninvestigation."

1465    January 9, 2004 e-mail exchange between Maguire and Dlugolecki entitled "Backups of Emails and Calendars."

1466    January 14, 2004 e-mail from Craig McCoy to Ken Snyder, entitled "A few more questions," and subsequent exchange among Fumo, Snyder, Arnao, and Christian DiCicco (copy to Gary Tuma, Christopher Craig, Howard Cain, and Randy Albright).

1467    January 18, 2004 e-mail exchange among Fumo, Wilson, and Luchko entitled "Dottie's laptop."

1468    January 23, 2004 untitled e-mail exchange between Luchko and Dan Coyne regarding anti-key logger program.

1469    January 24, 2004 e-mail exchange between Fumo and Craig (copy to Snyder, Swett, Cain, Paul Dlugolecki, Sandy Leopold, and Sprague and Sprague attorneys) entitled "Inky story."

1470    January 24, 2004 e-mail exchange among Snyder, Fumo, and Craig (portion copied to other staff members) entitled "Inky story."

1471    January 25, 2004 Philadelphia Inquirer news article headlined, "FBI Probes Fumo Deal."

1472    January 24-25, 2004 untitled e-mail exchange between Liz Craig and Sue Swett regarding newspaper article.

1473    January 25-26, 2004 untitled e-mail exchange among Fumo, Steve Cannavo (scannavo@fumo.com), and Stephen Marcus regarding use of plane, Inquirer article, anticipated FBI/IRS audit of Citizens Alliance (transcript is exh. 1473T).

1474    January 25, 2004 e-mail exchange between Luchko and Wilson entitled "Scanner."

1475    January 25, 2004 e-mail exchange exchange between Luchko and Eister entitled "On the road."

1476    January 25, 2004 e-mail from Luchko to staff members and Senate contractors (copy to Fumo and Coyne) entitled "Security" (Count 111).

1477    January 25, 2004 e-mail exchange among Luchko, Wilson, Eister, and Coyne entitled "Security."

1478    January 25, 2004 e-mail exchange between Coyne and Luchko entitled "Security."

1479   January 26, 2004 e-mail from Fumo to Wilson, Luchko, and Eister entitled "Eudora."

1480   January 26, 2004 untitled e-mail exchange between Luchko and Coyne regarding installing anti-key logger program on Fumo's laptop in Hummelstown.

1481   January 27, 2004 e-mail from Deborah Maguire to Christopher Craig entitled "Your question."

1482   January 27, 2004 e-mail exchange between Fumo, Luchko, and Eister (copy to Wilson, Dlugolecki, and Coyne) entitled "Email."

1483   January 27, 2004 e-mail exchange between Luchko and Eister entitled "Dead blackberry."

1484   January 27, 2004 e-mail from Deborah Maguire to Eister entitled "Fumo Email - IMPORTANT."

1485   January 27, 2004 e-mail from Deborah Maguire to Deborah Toomey entitled "cAN YOU GET AHOLD OF mARK FOR ME?"

1486   February 12, 2004 e-mail from Luchko to Arnao entitled "Blackberry."

1487   Call ticket no. 17286, March 3 to July 7, 2004, regarding anti-key logger software.

1488   March 4, 2004  e-mail exchange between Luchko and Ian Hemingway entitled "PGP Wipe."

1489   March 4-9, 2004 e-mail exchange between Luchko and PGP employees entitled "PGP Free Space Wipe."

1490   March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1491   March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1492   March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1493    March 9, 2004 Keylogger report regarding computer of Roseann Anthony;
March 9, 2004 e-mail exchange between Luchko and Wilson entitled "Keylogger;"
March 15, 2004 Keylogger report regarding computer of Patricia Kirby; March 30,
2004 Keylogger report regarding computer of Roseann Anthony.

1494    March 12, 2004 e-mail exchange between Luchko and Wilson entitled "Your
lucky To Have Me."

1495    April 6, 2004 e-mail from Luchko to Wilson entitled "Pgp wipe" (Count 112).

1496    April 8, 2004 e-mail from Luchko to Charlie Hoffman entitled "FYI."

1497    April 9, 2004 e-mail from Luchko to Wilson entitled "Free Space Wipe."

1498    Grand jury subpoenas served on April 28, 2004, on Citizens Alliance, Drucker &
Scaccetti, P.C., Spring Garden Community Development Corp., Jefferson Square
Community Development Corp., Delaware Valley Regional Economic
Development Fund, Penns Landing Corp., IKEA, S.R. Wojdak & Associates, and
Goldenberg Rosenthal LLP.

1499    May 6, 2004 Philadelphia Daily News article entitled "Fumo panel adds IKEA to
agenda."

1500    May 6, 2004 Philadelphia Inquirer article entitled "Lobbyists subpoenaed in FBI
inquiry of Fumo."

1501    May 10, 2004 e-mail exchange between Luchko and Philip Press entitled "Email"
(Count 113).

1502    May 21, 2004 Philadelphia Inquirer article entitled "Fumo Probe Moves to
Harrisburg."

1503    May 25, 2004 e-mail exchange between Luchko and Deborah Maguire entitled
"Security Utility."

1504    Call ticket no. 22601, May 27 to June 28, 2004, regarding order of Secure Clean.

1505    June 6, 2004 untitled e-mail from Howard Cain to Melissa Maxman asking her to
call his cell phone.

1506  June 7, 2004 e-mail from Luchko to Eister entitled "VJF."

1507  June 7, 2004 e-mail from Maguire to Eister and Chris Schick entitled "Security Concerns - I'll schedule another meeting."

1508  June 7, 2004 e-mail from Maguire to Eister entitled "meeting tomorrow"

1509  June 7, 2004 e-mail exchange between Luchko and Maguire entitled "confidential."

1510  June 7, 2004 e-mail exchange between Luchko and Maguire entitled "Venting."

1511  June 7, 2004 e-mail from Eister to Luchko entitled "Some quick advise."

1512  June 8, 2004 e-mail exchange between Luchko and Maguire entitled "Venting."

1513  June 8, 2004 untitled e-mail from Maguire to Eister stating,
"I forget why it is so important for OUR staff to secure their own desktops . . ."

1514  June 8, 2004 e-mail exchange between Luchko and Maguire entitled "PITS."

1515  June 8, 2004 e-mail from Eister to Fumo entitled "Harrisburg staff and email security review."

1516  June 8, 2004 e-mail exchange between Fumo and Howard Cain regarding meeting with Melissa Maxman.

1517  Maguire's edits of Harrisburg e-mail plan.

1518  June 9, 2004 e-mail exchange among Eister, Fumo, and Luchko entitled "security."

1519  June 9, 2004 e-mail exchange between Luchko and Eister entitled "Returned mail: see transcript for details."

1520  Eister note 25 dated June 10, 2004, entitled "Security improvmtns."

1521  Reserved.

1522  Reserved.

1523   June 12-13, 2004 untitled e-mail exchange between Fumo and Eister regarding plan to delete e-mail in Harrisburg.

1524   June 13, 2004 e-mail from Luchko to Fumo (copy to Eister) entitled "security."

1525   June 14, 2004 e-mail from Jackie Hopp to Fumo staff in Harrisburg entitled "staff meeting time change."

1526   June 14, 2004 e-mail exchange between Eister and Luchko entitled "Hummelstown" (Counts 116-118).

1527   June 14, 2004 e-mail from Maguire to Paul Dlugolecki entitled "Mark and the position he is in now."

1528   June 14, 2004 e-mail exchange between Luchko and Philip Press entitled "VJF Email" (Count 119).

1529   June 14, 2004 e-mail from Luchko to Eister entitled "Hummelstown."

1530   June 14, 2004 e-mail exchange between Luchko and Arnao entitled "FYI."

1531   June 17, 2004 e-mail from Luchko to Maguire (copy to Deborah Toomey, Ellie Messersmith, and Eister) entitled "Lenny's Tight."

1532   June 21, 2004 e-mail from Maguire to Dlugolecki entitled "Thank you."

1533   June 28, 2004 e-mail exchange between Luchko and Cain entitled "Laptop."

1534   July 18, 2004 e-mail from Luchko to Eister entitled "Security Question."

1535   July 24-25, 2004 e-mail exchange between Eister and Luchko entitled "Tkirby."

1536   Call ticket no. 23200, July 29 to October 4, 2004, order for upgrades to Windows XP.

1537   Reserved.

1538   Reserved.

1539   August 7, 2004 e-mail exchange between Luchko and Eister entitled "Account
       Status."

1540   August 9, 2004 e-mail exchange between Luchko and Eister entitled "Security
       Question."

1541   August 10, 2004 e-mail exchange between Eister and Luchko entitled "Carnovior."

1542   August 26-27, 2004 e-mail exchange between Luchko and Charlie Hoffman
       entitled "FYI" (Count 122).

1543   September 11, 2004 e-mail from Luchko to Eister entitled "Snooping."

1544   Eister task list regarding "Fumo security measures" completed September 30,
       2004.

1545   October 28, 2004 e-mail from Luchko to Fumo staff, several Senate contractors,
       and Arnao (copy to Fumo) entitled "Memo" (Count 123).

1546   October 28, 2004 e-mail exchange between Fumo and Craig entitled "Polls."

1547   November 4, 2004 e-mail exchange between Luchko and Eister entitled "Auto
       Delete."

1548   November 14-15, 2004 e-mail exchange between Luchko and Eister entitled
       "Eudora usage statistics."

1549   November 15, 2004 e-mail from Luchko to Ken Snyder entitled "Laptop."

1550   November 15, 2004 e-mail exchange between Luchko and Fumo (copy to Charlie
       Hoffman and Geoff Johnson) entitled "FYI."

1551   Reserved.

1552   Eister task file (November 30, 2004 to December 20, 2004) regarding wipe of
       Fumo's old home computer.

1553   Reserved.

1554    Records produced by William Winning, Esq., regarding representation of Citizens Alliance, including January 20, 2005 letter and fax from Winning to Arnao, attaching U.S. Attorney's letter and grand jury subpoena; and billing records.

1555    January 21, 2005 e-mail from Luchko to Arnao entitled "FYI" (Counts 126-127).

1556    January 21, 2005 e-mail from Luchko to Eister entitled "One More thing."

1557    Reserved.

1558    January 24, 2005 e-mail from Eister to Luchko entitled "account."

1559    January 26, 2005 e-mail from Luchko to Arnao entitled "Pst File."

1560    January 26, 2005 e-mail from Luchko to Fumo's Philadelphia staff entitled "VJF Mail" (Count 128)

1561    January 26, 2005 e-mail from Luchko to Eister entitled "Question."

1562    January 26, 2005 e-mail from Luchko to Arnao entitled "Recover Deleted Mail from PST File."

1563    January 27, 2005 e-mail from Wilson to Luchko entitled "CA Work."

1564    January 28, 2005 e-mail from Luchko to Arnao entitled "Email file" (Count 129).

1565    Reserved.

1566    February 3, 2005 e-mail exchange between Luchko and Eister entitled "Blackberry Server Maintenance."

1567    Reserved.

1568    February 4, 2005 e-mail exchange between Eister and Luchko entitled "VJF."

1569    February 5, 2005 e-mail from Luchko to Eister entitled "FYI."

1570    February 5, 2005 e-mail exchange between Luchko and Eister entitled "FYI."

1571    February 7, 2005 e-mail from Wilson to Luchko entitled "In late tomorrow."

1572   February 10, 2005 e-mail exchange between Luchko and Fumo entitled "FYI."

1573   February 10, 2005 e-mail exchange between Arnao and Luchko entitled "Email."

1574   February 11, 2005 e-mail from Luchko to Wilson entitled "Ruth BB" (Count 132).

1575   February 11, 2005 e-mail exchange between Luchko and Wilson entitled "Laptop Mania."

1576   February 11, 2005 e-mail exchange between Luchko and Fumo entitled "FYI" (Counts 133 and 134).

1577   Free Space Wipe instructions, and schedule of wipes in 2004 and 2005 on Senate and Citizens Alliance computers.

1578   February 12, 2005 e-mail from Luchko to Wilson (copy to Eister) entitled "Idea."

1579   Reserved.

1580   February 12, 2005 e-mail exchange between Luchko and Eister entitled "Anti Virus."

1581   Reserved.

1582   February 18, 2005 federal grand jury subpoena to Office of Senator Fumo at 1208 Tasker Street.

1583   February 18, 2005 federal grand jury subpoena to Senate Democratic Computer Services.

1584   Reserved.

1585   February 21, 2005 e-mail from Eister to Maguire entitled "this is what happened to the server."

1586   February 27, 2005 e-mail exchange between Eister and Luchko entitled "Mail."

1587   February 18, 2005 e-mail from Luchko to Wilson entitled "FBI."

1588    March 1, 2005 e-mail exchange between Eister and Maguire entitled "I want to send this to fumo-Delegated."

1589    March 8, 2005 e-mail from Maguire to Luchko, Eister, and Wilson entitled "Final note - email."

1590    March 18, 2005 e-mail from Luchko to Eister entitled "Blackberry" (Count 138).

1591    March 21, 2005 e-mail from Maguire to Senate staff members entitled "Email Project."

1592    March 23, 2005 e-mails from Luchko and Eister to each other and to Fumo (copy to Wilson and Maguire) entitled "mail server information."

1593    April 11, 2005 e-mail exchange between Luchko and Eister entitled "New Account."

1594    Reserved.

1595    April 20, 2005 e-mail from Eister to Luchko entitled "email."

1596    April 25, 2005 e-mail exchange between Luchko and Eister entitled "Email."

1597    May 19, 2005 e-mail exchange between Fumo and Luchko entitled "Phil Press."

1598    May 19, 2005 e-mail from Luchko to Fumo entitled "FYI."

1599    May 20, 2005 e-mail exchange between Fumo and Luchko entitled "FYI."

1600    June 9, 2005 e-mail exchange between Eister and Allison Pinto entitled "question."

1601    Reserved.

1602    October 19, 2005 e-mail exchange among Gary Tuma, Fumo, Christopher Craig, Howard Cain, Ken Snyder, Chris DiCicco (copy to Mark Sheppard and Richard Sprague) entitled "einhorn/DO."

1603    Reserved.

1604   December 21, 2005 e-mail exchange between Fumo and Luchko entitled "FYI" (transcript is exh. 1604T).

1605   Spreadsheet of source of documents produced by Fumo's office.


Verizon

1615   March 8, 1999 fax from Christopher Craig to Steve Wojdak with attached Bell Atlantic Settlement Term Sheet with handwritten notes.

1616   April 12, 1999 memorandum from Dan Whelan to Julie Conover regarding demands from Senator Fumo's office.

1617   February 10, 2000 note from Diane to Julie asking Julie to call Dan Whelan about Bell Atlantic Settlement Term Sheet.

1618   May 17, 2001 letter from Stephen A. Cozen to Julie Conover regarding agreement to share a portion of fees with Fumo.

1619   June 13, 2001 letter from Conover to Cozen objecting to fee sharing.

1620   June 22, 2001 e-mail from Fumo to Chuck Hardy at Sprague & Sprague entitled "Prehearing order."

1621   August 13, 2001 letter from Charles J. Hardy to Julie A. Conover and William B. Petersen, Verizon Pennsylvania, attaching draft of letter from Craig to PUC.

1622   February 8, 2002 letter from Christopher Craig to James McNulty, Secretary, PUC.

1623   February 27, 2002 letter from Fumo to Glenn R. Thomas, Chairman, PUC.

1624   March 13, 2002 letter from James J. McNulty, Secretary, Pennsylvania Public Utilities Commission, to Julie Conover, Esq., Verizon regarding response to Fumo's document request.

1625   March 2002 Thomas Leonard/Obermayer billing records for Verizon with letter from Leonard to Verizon dated April 24, 2002.

1626    March 25, 2002 letter from Daniel J. Whelan to Senator Fumo regarding withdrawal of February 8, 2002 letter.

1627    March 26, 2002 letter from Fumo to Glenn R. Thomas, Chairman, PUC regarding agreement with Verizon.

1628    April 18, 2002 letter from Christopher Craig to James J. McNulty, Secretary, PUC withdrawing letter of February 8, 2002.

SUMMARY EXHIBITS

1635    Summary of counts in Indictment.

1636    Summary of fraudulent expenditures.

1637    Timeline of select significant events.

1638    Sources of e-mails.

1639    Map of locations in Philadelphia.

1640    Map of locations at New Jersey shore.

1641    Map of Harrisburg area.

1642    Calendars for 1999 through 2005.

1643    Stipulations.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused to be delivered by electronic filing to the

Clerk of Court (resulting in an e-mail copy sent to counsel by the Clerk of Court), and by

direct e-mail, a true and correct copy of the foregoing pleading, to the following:

Dennis J. Cogan, Esq.
2000 Market Street, Suite 2925
Philadelphia, PA 19103

Stephen R. LaCheen, Esq.
LaCheen Dixon Wittels & Greenberg, LLP
1429 Walnut Street, 13th Floor
Philadelphia, PA 19102

Peter Goldberger, Esq.
50 Rittenhouse Place
Ardmore, PA 19003

      Counsel for Defendant Vincent J. Fumo

Edwin J. Jacobs, Jr., Esq.
Jacobs and Barbone, P.A.
1125 Pacific Avenue
Atlantic City, NJ 08401

      Counsel for Defendant Ruth Arnao

James C. Schwartzman, Esq.
Todd James Cook, Esq.
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

      Counsel for Defendant Leonard P. Luchko

Brian McMonagle, Esq.
McMonagle, Perri & McHugh, P.C.
30 South 15th Street
Suite 701
Philadelphia, PA  19102

Counsel for Defendant Mark C. Eister


_/s John J. Pease_____
JOHN J. PEASE
Assistant United States Attorney

Dated:  _August 4, 2008_