

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*John J. Pease*
*Direct Dial: (215) 861-8340*
*Facsimile: (215) 861-8233*
*E-mail Address: john.pease@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 12, 2008

**BY MESSENGER**

The Honorable Ronald L. Buckwalter
Senior Judge, United States District Court
14614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1755

      Re:    United States v. Vincent J. Fumo, et al.
                Criminal No. 06-00319

Dear Judge Buckwalter:

      We are writing to request the postponement of the sentencing hearings for defendants Leonard Luchko and Mark Eister, which are currently scheduled for November 19 and November 20, respectively. Both defendants entered guilty pleas before Judge Yohn in August 2008 to the obstruction of justice charges in the superseding indictment for which defendants Fumo and Arnao are now on trial. Both defendants have agreed to cooperate with the government as part of their plea agreements, including providing testimony in this trial. Each also agreed to waive any right to a prompt sentencing, and agreed to join any request by the government to postpone sentencing until after the defendant's cooperation is complete.

      In order to permit defendants Luchko and Eister to fulfill the cooperation terms and conditions of their plea agreements prior to the imposition of their sentences, the government respectfully requests that their sentencing hearings be postponed until after the conclusion of the trial of defendants Fumo and Arnao.

The Honorable Ronald L. Buckwalter
November 12, 2008
Page 2

        We have conferred with counsel for defendants Luchko and Eister, and they both concur in this request to postpone the sentencing hearings.

                              Respectfully yours,

                              LAURIE MAGID
                              Acting United States Attorney


                              */s/ John J. Pease*
                              JOHN J. PEASE
                              Assistant United States Attorney


                              */s/ Robert A. Zauzmer*
                              ROBERT A. ZAUZMER
                              Assistant United States Attorney


cc:    Brian McMonagle, Esquire (counsel for Mark Eister) (by e-mail)
        James C. Schwartzman, Esquire (counsel for Leonard Luchko) (by e-mail)
        All Fumo and Arnao Defense Counsel (by e-mail)