JFM:dmc
File No. 2009A69811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | | CRIMINAL NO. 06-CR-00319-01 |
| | : | |
| LEONARD LUCHKO | : | |

**PRAECIPE TO SATISFY JUDGMENT**

**TO THE CLERK**
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

MICHAEL L. LEVY
United States Attorney

*/s/ Joseph F. Minni*
JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date: 9/08/09