IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| | : |
| vs. | : |
| | : |
| LEONARD P. LUCHKO | : NO.  06cr319-01 |

O R D E R

**AND NOW**, this 18th day of March, 2013, upon consideration of the request of

Leonard Luchko for an early termination of his supervised release, the opposition of the Probation

Department and the consent of the government and in view of the substantial sentence imposed upon

the defendant, his exemplary behavior while in prison and on supervised release and the fact that he

does not represent a risk of re-offending, and the recommendation of the Probation Office that he

be placed in the Low Intensity Caseload, **IT IS HEREBY ORDERED** that defendant's request for

early termination of supervised release is **GRANTED** and his supervised release is

**TERMINATED**, effective immediately.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge